# EXHIBIT 2

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

# U.S. Patent No. 6,505,086

# Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. Exhibit 2

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

Claim 1

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| 1. A sensor communication system comprising: | Aanderaa develops and distributes various sensor products, including, but not limited to, the following:<br><br>Tide Sensor 4647/4647R<br>Wave and Tide Sensor 4648/4648R<br>Wave and Tide Sensor 5217/5217R<br>Wave and Tide Sensor 5218/5218R<br>SeaGuard Water Level Recorder ("SeaGuard WLR")<br>SeaGuard Wave and Tide Recorder ("SeaGuard WTR")<br>SeaGuard Conductivity, Temperature and Depth ("SeaGuard CTD")<br>Vented Pressure 4425/4426/4427<br>Vented Tide 4445/4446<br>Vented Wave 4428/4429<br>SeaGuard Oxygen Recorder ("SeaGuard O2")<br>SeaGuard Recording Current Meter ("SeaGuard RCM")<br>Pressure Sensor 4117<br>Oxygen Optode 4330/4330F<br>Oxygen Optode 4835<br>SmartGuard<br>SeaGuard String System<br><br>Through its sensor products, for example, Aanderaa provides the claimed "sensor communication system," as described herein. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| | An example of an illustration of Aanderaa's system is shown below:  *See* Real-Time Communication System, AANDERAA, http://www.aanderaa.com/productsdetail.php?Real-Time-Communication-System-50. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| at least one sensor adapted to transmit a sensor data file in XML format; | Aanderaa's system includes "at least one sensor adapted to transmit a sensor data file in XML format." |

Aanderaa provides several sensors that support "[r]eal-time XML output." Such XML output comprises a "sensor data file in XML format." Each sensor is "adapted to transmit" said output, for example, as shown below:



**WAVE and TIDE SENSOR 4648/4648R**

*is a compact fully integrated sensor for measuring the wave and tide conditions. The 4648 sensor is designed to be mounted on the Aanderaa SeaGuard or connected to SmartGuard using AiCaP CANbus or in other measurement Zsystems using RS-232 interface. The 4648R sensor is designed for use with long cables by means of an RS-422 full duplex interface. The R-version can not be used in SeaGuard applications.*

**Advantages:**
- Smart Sensor technology-plug and play
- Sensor calibration coefficients are stored in the sensor
- Low maintenance needs
- Low current drain
- Output formats 4648: AiCaP CANbus, RS-232
- Output formats 4648R: RS-422
- Short update interval: 1 sec. to 255 min.
- 2Hz and 4Hz sampling frequency
- 256, 512, 1024 and 2048 samples
- New updated wave parameters every 1 sec.
- Output parameters: see overleaf
- Real-time XML output
- Measurement range: 0 - 400 kPa
- Max operating depth: 30m
- Real-time XML Output on RS-422(optional)
- For use in sea and fresh water
- 3 Measurement ranges:
  0 - 300m, 0 - 2000m, 0 - 6000m

*See WAVE and TIDE SENSOR 4648/4648R* (D383-Jan 2013), Attachment A at 1, *available at* http://www.aanderaa.com/media/pdfs/Wave-and-Tide-Sensor-4648.pdf.

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| | **WAVE and TIDE SENSOR 5218/5218R** *is a compact fully integrated sensor for measuring the wave and tide conditions. The 5218 sensor is designed to be mounted on the Aanderaa SeaGuard top-end plate or connected to SmartGuard using AiCaP CANbus or in other measurement systems using the RS-232 interface. The 5218R sensor is designed for use with long cables by means of RS-422 full duplex interface.*<br><br>**Features:**<br>• Smart sensor technology - plug and play<br>• Calibration coefficients are stored in the sensor<br>• Low maintenance needs<br>• Low current drain<br>• Output formats 5218: AiCaP CANbus, RS-232<br>• Output formats 5218R: RS-422<br>• Selectable interval from 1 sec. to 255 min.<br>• Tidal averaging period: 10 sec. to 8 min.<br>• 2Hz and 4Hz sampling frequency<br>• 256,512,1024 and 2048 samples<br>• New updated wave parameters every 1 sec.<br>• Output parameters: see overleaf<br>• Real-time XML output<br>• Meassurement range: 0-400kPa<br>• Maximum operating depth: 90m<br><br>*See WAVE and TIDE SENSOR 5218/5218R* (D407-June 2013), Attachment B at 1, *available at* http://www.aanderaa.com/media/pdfs/Wave-and-Tide-Sensor-5218_5218R.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| |  |

*See TIDE SENSOR 5217/5217R* (D405-June 2013), Attachment C at 1, *available at* http://www.aanderaa.com/media/pdfs/Tide-Sensor-5217_5217R.pdf.

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| |  |

*See SEAGUARD® WLR, Water Level Recorder* (D387-March 2014), Attachment D at 1, *available at* http://www.aanderaa.com/media/pdfs/SeaGuard-WLR.pdf.

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| |  |

*See SEAGUARD® WTR, Wave and Tide Recorder* (D386-March 2014), Attachment E at 1, *available at* http://www.aanderaa.com/media/pdfs/SeaGuard-WTR.pdf.

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| | <br><br>*See SEAGUARD® CTD, Conductivity, Temperature and Depth (D373-January 2013), Attachment F at 1, available at* http://www.aanderaa.com/media/pdfs/SeaGuard-CTD.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| | 

**TIDE SENSOR 4647/4647R**

*is a compact fully integrated sensor for measuring the tidal conditions. The 4647 sensor is designed to be mounted on the Aanderaa SeaGuard or connected to SmartGuard using AiCaP CANbus or in other measurement systems using the RS-232 interface. The 4647R sensor is designed for use with long cables by means of RS-422 full duplex interface.*

**Advantages:**
• Smart Sensor technology - plug and play
• Sensor Calibration coefficients are stored in the sensor
• Low maintenance needs
• Low current drain
• Output formats 4647: AiCaP CANbus, RS-232
• Output formats 4647R: RS-422
• Selectable interval from 1 sec. to 255 min.
• Tidal averaging period: 10 sec. to 8 min.
• 2Hz and 4 Hz sampling frequency
• Output parameters: Pressure, Tide pressure, Tide Level, Temperature.
• Real-time XML output
• Measurement range: 400, 700, or 3100 kPa
• Maximum operating depth: 300m

*See TIDE SENSOR 4647/*4647R (D382-January 2013), Attachment G at 1, *available at* www.aanderaa.com/media/pdfs/Tide-Sensor-4647-4647R.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| |  |

*See Vented Pressure 4425/4426/4427, Vented Tide 4445/4446, Vented Wave 4428/4429 (D402-January 2013), Attachment H at 1, available at* http://www.aanderaa.com/media/pdfs/Vented-Pressure-Tide-Wave-Sensor.pdf.

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
|         |  *See SEAGUARD® O2, Oxygen* Recorder (D394-December 2012), Attachment I at 1, *available at* http://www.aanderaa.com/media/pdfs/Seaguard-O2.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
|         |  *See SEAGUARD® Recording Current Meter (D368-February 2014), Attachment J at 1, available at* http://www.aanderaa.com/media/pdfs/SeaGuard-RCM.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
|         |  **AANDERAA** a **xylem** brand<br><br>**SMARTGUARD** is the next generation sensor and instrument HUB for ocean, lake, reservoir, estuary and river hydrometric stations.<br><br>Monitoring water and weather conditions is essential in many operations and the SmartGuard node is well suited for stand-alone stations powered by battery and solar power utilizing wireless real-time data communication.<br><br>Designed for ease of integration of new and existing sensor technologies into a single Aanderaa observatory node with modern self-describing XML data output formats.<br><br>SmartGuard interfaces with all Aanderaa atmospheric and in water sensors, along with most 3rd party sensors.<br><br>*See* SMARTGUARD (D401-November 2012), Attachment K at 1, *available at* http://www.aanderaa.com/media/pdfs/SmartGuard.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| | **SEAGUARD® String system**<br><br>*The Aanderaa SeaGuard String System is a complete and flexible subsea observatory, for measurements of e.g. dissolved oxygen, conductivity, temperature, current, pressure and tide etc.*<br><br>**SeaGuard String Logger**<br><br>*The Aanderaa SeaGuard String Logger is the basic module of the SeaGuard String System. The SeaGuard String Logger is capable of handling a large number of sensors. Data stored on internal SD-card or Real-time via cable.*<br><br>**SeaGuard Sensor String**<br><br>*The new Aanderaa SeaGuard Sensor String is designed to be connected to the SeaGuard String logger. The SeaGuard String System can hold up to 25 AiCaP Sensors. Real-time communication and control is available using the Aanderaa Real-Time Collector.*<br><br>**Advantages:**<br><br>• Great flexibility: data registration from up to 25 nodes<br>• Customer specified outlet positions<br>• Protective fastening fixture with hydrodynamic design<br>• Each outlet position can hold 2 sensors inside<br>• Optional, sensors can be connected on fly leads (up to 3m) with or without underwater mateable electrical connectors<br>• Up to 300m cable length<br>• Low maintenance<br>• Extended RAM for large number of nodes<br>• Large storage capacity on an SD card<br>• Real-Time XML Output RS-422 (optional)<br><br>*See SEAGUARD® String System* (D388-November 2012), Attachment L at 1, *available at* http://www.aanderaa.com/media/pdfs/SeaGuard-String-System.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| |  |

AANDERAA
a **xylem** brand

## Pressure Sensor 4117

is a compact fully integrated sensor for measuring the pressure level and the water temperature. The sensor is designed to be mounted on the Aanderaa SeaGuard platform or connected to SmartGuard using AiCaP CANbus or as stand alone sensor using RS-232. The sensor is easily integrated in other measurement systems with dataloggers.

**Advantages:**
- Smart Sensor technology - plug and play
- Calibration coefficients are stored in the sensor
- Low maintenance needs
- Low current drain
- Depth rating of 6000 meters
- Direct readout of engineering data
- Output parameters: Pressure, Temperature
- Selectable interval from 1 second to 255 minutes
- Use with Aanderaa loggers
- Use as stand-alone sensor
- Output formats: AiCaP CANbus, RS-232
- Up to 60MPa range

In most measuring systems used in the sea, pressure is a vital parameter. For moored instruments the pressure can be used for determining the actual depth of the instrument. For instrumentation on the seabed the pressure can be used for deriving water level. The pressure is also vital when deriving other parameters as density and speed of sound.

The SEAGUARD* and the Smart Sensors are interfaced by means of a reliable CANbus interface using an XML based protocol (AiCaP).

The Smart Sensors can be mounted directly on the top-end plate of the AADI SEAGUARD* and are automatically detected and recognized.

*See Pressure Sensor 4117 (D362-January 2015)*, Attachment M, *available at* http://www.aanderaa.com/media/pdfs/Pressure-Sensor-4117.pdf.

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| |  |

*See Oxygen Optode 4330/4330F* (D378-December 2012), Attachment N at 1, *available at* http://www.aanderaa.com/media/pdfs/Oxygen-Optode-4330-4330F.pdf.

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
|  | The oxygen optode outputs data in AiCaP CANbus and RS-232. The sensor can present the O$_2$ concentration in μM, the air saturation in % and the temperature in °C.<br><br>The SEAGUARD® datalogger and the Smart Sensor are interfaced by means of a reliable CANbus interface (AiCaP), using XML for plug and play capabilities.<br><br>*See Oxygen Optode 4330/4330F* (D378-December 2012), Attachment N at 1, *available at* http://www.aanderaa.com/media/pdfs/Oxygen-Optode-4330-4330F.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
|         | <br><br>**Oxygen Optode 4835**<br><br>*is a compact fully integrated sensor for measuring the O₂-concentration in shallow water.*<br><br>**Advantages:**<br>• Optical measurement principle<br>• Lifetime-based luminescence quenching principle<br>• Long time stability<br>• More than one year without recalibration<br>• Low maintenance needs<br>• User friendly<br>• Use with Aanderaa SmartGuard/SeaGuard<br>• Automatically detected and recognized<br>• Use as stand-alone sensor<br>• Output format: CANbus AiCaP, RS232<br>• Operating range: 0-300 meters<br><br>The SmartGuard and SeaGuard data logger and the smart sensor are interfaced by means of a reliable CANbus interface (AiCaP), using XML for plug and play capabilities.<br><br>*See Oxygen Optode 4835* (D385-January 2013), Attachment O, *available at* http://www.aanderaa.com/media/pdfs/Oxygen-Optode-4835.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| a data server means adapted to receive the sensor data file from the at least one sensor; | Aanderaa's system includes "a data server means adapted to receive the sensor data file from the at least one sensor."<br><br>The "Real-Time Communication System," for example, "receives transmitted data" from a number of Aanderaa devices:<br><br>## Real-Time Communication System<br><br>The Aanderaa Real-Time Communication System is designed to provide our customers and system integrators with powerful and efficient tools for data collection and control of our latest generation oceanographic instruments.<br><br>The Aanderaa Real-Time enabled devices like the Seaguard® Platform, and the Aanderaa smart sensors form the basis of this system. All Aanderaa Real-time system use XML to carry the information. The XML message is transmitted in an envelope that provides information for error detection and retransmit mechanisms.<br><br>Aanderaa Real-Time Collector is an application that connects to the Aanderaa Real-Time enabled devices. Aanderaa Real-time Collector receives transmitted data and provides a powerful interface for easy and efficient access to the data from higher level applications like display programs, databases etc.<br><br>Supports connection to multiple devices (instruments and sensors). Provides multiple clients with data from any of the connected devices. Converts old Aanderaa and 3rd party one-line based sensor formats to the Real-Time Output XML format. Built-in control panel to control and configure devices that support the Real-Time Control protocol.<br><br>*See* Real-Time Communication System, Aanderaa,   http://www.aanderaa.com/productsdetail.php?Real-Time-Communication-System-50. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| | Additionally, the SmartGuard product "interfaces with all Aanderaa atmospheric and in water sensors, along with most 3rd party sensors." *See* below:<br><br><br><br>*See* Attachment K at 1. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| | *See also*: <br><br> SMARTGUARD capabilities: <br> • Up to 25 Aanderaa Smart sensors (AiCaP nodes) can be connected on an up to 150m string <br> • Up to 10 Aanderaa SR10/VR22 sensors (AADI Met and Full) <br> • RS-232/RS-422 for 3rd party serial sensors. Individual power control. Basic and Aanderaa Met: 1 (Extended and Full: 5) <br><br> Attachment K at 2. <br><br> SmartGuard receives data from sensors via an "AiCaP Bus," for example, as shown below: <br><br> **SMARTGUARD advantages:** <br><br> • Great flexibility: Basic extended full versions handle air and water sensors <br> • Flexible easy configuration and setup using PC software <br> • Fully integrated with Aanderaa real-time system <br> • Full AiCaP Bus compatibility, including 150m string with up to 25 sensors <br> • Plug-n-play Aanderaa Smart sensor interfaces: O2, conductivity, temperature, pressure, water level, tide and current <br> • Aanderaa SR10 and VR22 meteorological sensor interfaces: wind speed and direction, temperature, RH, visibility, air pressure and more <br> • Interfaces for most 3rd party RS-232/RS-422 sensors, analog sensors, digital sensors <br> • XML data records with complete metadata; traceable and with status info on individual parameters <br><br> Attachment K at 1. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| | 5218 is a compact yet intelligent sensor designed to be used with Aanderaa SmartGuard or SeaGuard as well as in other measuring systems. <br><br> The SmartGuard/SeaGuard and the smart sensors are interfaced by means of a reliable CANbus interface using an XML based protocol (AiCaP). The smart sensors can be mounted directly on the top-end plate of the Aanderaa SeaGuard and are automatically detected and recognized. <br><br> The output format of 5218 are AiCaP CANbus and RS-232, while the output format of the 5218R version is RS-422. The sensor version must be specified when ordered as the two versions are not interchangeable. The R-version cannot be used in SeaGuard applications. <br><br> Attachment B at 2. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| | Similarly, the SeaGuard String System is "capable of handling a large number of sensors," as shown below, for example:<br><br><br><br>Attachment L at 1. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
|         | The SeaGuard String System receives data from sensors via an "AiCaP communication bus," for example. *See, e.g.*, below:<br><br>• Extended RAM for large number of nodes<br>• Large storage capacity on an SD card<br>• Real-Time XML Output RS-422 (optional)<br>• Short recording interval<br>• Plug and play sensor configuration<br>• AiCaP communication bus for automatic detection and recognition of sensors at power up<br><br>Attachment L at 1.<br><br>The SeaGuard String Logger and the Aanderaa smart sensors are interfaced by means of a reliable CANbus protocol (AiCaP) using XML for plug and play capabilities. During power-up, each of the sensors that are connected to the bus will report their capabilities and specifications to the string logger. The string logger then assembles the information and provides the user with the possibility to configure the instrument based on the present nodes. The solution provides for great flexibility in both use and design of the different elements within the system.<br><br>Attachment L at 2. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| a data store communicatively coupled to the data server means; and | Aanderaa's system includes "a data store communicatively coupled to the data server means."<br><br>The SmartGuard, for example, is capable of providing "XML data records." Such records are stored on a "removable SD memory card," for example, which provides "[l]arge onboard data storage capacity." *See, e.g.*, below:<br><br>**SMARTGUARD advantages:**<br><br>• Great flexibility: Basic extended full versions handle air and water sensors<br>• Flexible easy configuration and setup using PC software<br>• Fully integrated with Aanderaa real-time system<br>• Full AiCaP Bus compatibility, including 150m string with up to 25 sensors<br>• Plug-n-play Aanderaa Smart sensor interfaces: O2, conductivity, temperature, pressure, water level, tide and current<br>• Aanderaa SR10 and VR22 meteorological sensor interfaces: wind speed and direction, temperature, RH, visibility, air pressure and more<br>• Interfaces for most 3rd party RS-232/RS-422 sensors, analog sensors, digital sensors<br>• XML data records with complete metadata; traceable and with status info on individual parameters<br>• Large onboard data storage capacity on a removable SD memory card<br>• External power supply 12- 30V internally regulated<br>• Up to 6 double ended analog sensor input (0-5V, 24 bit)<br>• Individual power control for attached sensors<br>• Low power consumption<br>• RS-232 communication port with controlled power supply for communication equipment<br>• Easy readable display and 6 key operator panel<br><br>*See* Attachment K at 1. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
|  | Similarly, the SeaGuard String System provides a "[l]arge storage capacity on an SD card." <br><br> **Advantages:** <br><br> • Great flexibility: data registration from up to 25 nodes <br> • Customer specified outlet positions <br> • Protective fastening fixture with hydrodynamic design <br> • Each outlet position can hold 2 sensors inside <br> • Optional, sensors can be connected on fly leads (up to 3m) with or without underwater mateable electrical connectors <br> • Up to 300m cable length <br> • Low maintenance <br> • Extended RAM for large number of nodes <br> • Large storage capacity on an SD card <br> • Real-Time XML Output RS-422 (optional) <br><br> *See* Attachment L at 1. |
| a data reporting means communicatively coupled to the data store. | Aanderaa's system includes "a data reporting means communicatively coupled to the data store." <br><br> Aanderaa provides a "Real-Time Communication System" ("RTCS"), for example, which includes the "Aanderaa Real-Time Collector." As shown below, for example, the "Aanderaa Real-Time Collector is an application that connects to the Aanderaa Real-Time enabled devices. Aanderaa Real-Time Collector receives transmitted data and provides a powerful interface for easy and efficient access to the data from higher level applications like display programs, databases[,] etc." |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| | ## Real-Time Communication System<br><br>The Aanderaa Real-Time Communication System is designed to provide our customers and system integrators with powerful and efficient tools for data collection and control of our latest generation oceanographic instruments.<br><br>The Aanderaa Real-Time enabled devices like the Seaguard® Platform, and the Aanderaa smart sensors form the basis of this system. All Aanderaa Real-time system use XML to carry the information. The XML message is transmitted in an envelope that provides information for error detection and retransmit mechanisms.<br><br>Aanderaa Real-Time Collector is an application that connects to the Aanderaa Real-Time enabled devices. Aanderaa Real-time Collector receives transmitted data and provides a powerful interface for easy and efficient access to the data from higher level applications like display programs, databases etc.<br><br>Supports connection to multiple devices (instruments and sensors). Provides multiple clients with data from any of the connected devices. Converts old Aanderaa and 3rd party one-line based sensor formats to the Real-Time Output XML format. Built-in control panel to control and configure devices that support the Real-Time Control protocol.<br><br>Real-Time Communication System,<br>AANDERAA,  http://www.aanderaa.com/productsdetail.php?Real-Time-Communication-System-50.<br><br>The RTCS, for example, is "a data reporting means communicatively coupled to the data store" because it "provides a powerful interface for easy and efficient access to the data" generated by sensors and transmitted to the data store (*e.g.*, the SmartGuard, SeaGuard String System, Real-Time Collector, or a combination thereof). |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
| | For example, the RTCS "[u]tilize[s] GeoView for display and storage of data." *See* below:<br><br><br><br>Real-Time Communication System,<br>AANDERAA,   http://www.aanderaa.com/productsdetail.php?Real-Time-Communication-System-50. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
|         | GeoView displays sensor data to end users. *See, e.g.*, below: <br><br> **GeoView** <br><br> Aanderaa GeoView is a web based display solution for environmental data display. <br><br> Aanderaa GeoView is part of the Aanderaa Real-Time Solution. This gives the user vast opportunities for interfacing meteorological, oceanographpic, or other environmental research equipment in a networked solution giving access to data real-time. <br><br> **The Aanderaa GeoView has the following functionality:** <br><br> 1. Web based application showing real-time data in a standard browser <br> 2. Display of both real-time and historical data in graphs <br> 3. Datastorage and retrieval from included database <br> 4. Zoom on time scale to study a subset of the data for a certain parameter <br> 5. Standard statistic analysis for min, max, average over selectable intervals <br> 6. Possible to show data from one or more stations in the same display if desired <br> 7. Options for several pages with for instance one station per page <br> 8. Options for including maps to use as a menu system to navigate between data from different sites <br><br> *See* GeoView, <br> AANDERAA,   http://www.aanderaa.com/productsdetail.php?Real-Time-Communication-System-50. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---|---|
| |  *See* GeoView, AANDERAA,  http://www.aanderaa.com/productsdetail.php?Real-Time-Communication-System-50. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

| Claim 1 | Aanderaa – Sensor Communication System |
|---------|----------------------------------------|
|  |  *See Aanderaa GeoView web based display,* Attachment P at 1, *available at* http://www.aanderaa.com/media/pdfs/Geoview-Web-based-display.pdf. |

US6505086 – Xylem Inc. and YSI Incorporated d/b/a Aanderaa Data Instruments, Inc. ("Aanderaa") – Exhibit 2

Claim 15

| Claim 15 | |
| --- | --- |
| 15. The system of claim 1 further comprising an Ethernet interface coupled to the data server, the Ethernet interface adapted to establish communications with the data store. | Aanderaa provides "[t]he system of claim 1 further comprising an Ethernet interface coupled to the data server, the Ethernet interface adapted to establish communications with the data store."<br><br>*See* Claim 1.<br><br>The SmartGuard product, for example, includes an Ethernet interface as shown below:<br><br><br><br>B189-Smartguard-Brochure, Attachment Q at 1, *available at* http://www.aanderaa.com/media/pdfs/B189-Smartguard-Brochure-A3.pdf. |

# ATTACHMENT A



a **xylem** brand



## WAVE and TIDE SENSOR 4648/4648R

*is a compact fully integrated sensor for measuring the wave and tide conditions. The 4648 sensor is designed to be mounted on the Aanderaa SeaGuard or connected to SmartGuard using AiCaP CANbus or in other measurement Zsystems using RS-232 interface. The 4648R sensor is designed for use with long cables by means of an RS-422 full duplex interface. The R-version can not be used in SeaGuard applications.*

### Advantages:
- Smart Sensor technology-plug and play
- Sensor calibration coefficients are stored in the sensor
- Low maintenance needs
- Low current drain
- Output formats 4648: AiCaP CANbus, RS-232
- Output formats 4648R: RS-422
- Short update interval: 1 sec. to 255 min.
- 2Hz and 4Hz sampling frequency
- 256, 512, 1024 and 2048 samples
- New updated wave parameters every 1 sec.
- Output parameters: see overleaf
- Real-time XML output
- Measurement range: 0 - 400 kPa
- Max operating depth: 30m
- Real-time XML Output on RS-422(optional)
- For use in sea and fresh water
- 3 Measurement ranges:
  0 - 300m, 0 - 2000m, 0 - 6000m

4648/4648R is based on a silicon piezoresistive pressure sensor. The pressure measurements are sampled and temperature compensated by an advanced Digital Signal Processor.

The sensor application areas are in fixed installations, either deployed in a seabed installation in shallow waters, or mounted onto a fixed structure in the upper water column. Typical applications for the sensor are measurements of wave and tide in Ports and Harbors, Marine operations, Weather forecast and Climate studies.

The tide measurement is an average of the hydrostatic pressure measured over a time period of 10 sec. to 8 min. (Integration time configurable by the user). The update interval is between 1 sec. and 255 min.

The wave measurements are based on the pressure time series measured over a time period of 64 sec. to 17 min. (configurable by the user). The update interval is between 1 sec. and 255 min.

The wave and tide sensor output parameters are Pressure, Tide level, Tide pressure, Temperature, Significant wave height, Maximum wave height, Mean period, Peak period, Energy wave period, Mean zerocrossing

period, Wave steepness and irregularity of sea-state. Since all calibration and temperature compensation data are stored inside the sensor, the parameters are by default presented directly in engineering units without any external calculation. The sensor also provides raw data of the pressure and the temperature measurements.

4648 is a compact yet intelligent sensor designed to be used with Aanderaa SmartGuard orSeaGuard as well as in other measuring systems.

The SmartGuard/SeaGuard and the Smart sensors are interfaced by means of a reliable CANbus interface using an XML based protocol (AiCaP). The Smart sensors can be mounted directly on the top end plate of the Aanderaa orSeaGuard and are automatically detected and recognized.

The output format of 4648 are AiCaP CANbus and RS-232, while the output format of the 4648R version is RS-422. The sensor version must be specified when ordered as the two versions are not interchangeable. The R-version can not be used in orSeaGuard applications.

The WTS can be used as stand-alone sensor with Aanderaa Real-Time Collector for real-time data.



- Pressure inlet
- Piezoresistive bridge
- Temperature thermistor
- Electronic board
- 10-pin Lemo
- O-ring grooves
- Sensor foot
- Orientation pin

## PIN CONFIGURATION FOR 4648

Receptacle, exterior view; pin = • bushing = ∘

| | |
|---|---|
| CAN_H — 4 | 5 — NCE |
| NCG — 3 | 6 — AIR PIPE |
| NCR — 9 | 10 — CAN_L |
| Gnd — 2 | 7 — RS-232 RXD |
| Positive supply — 1 | 8 — RS-232 TXD |

## PIN CONFIGURATION FOR 4648R

Receptacle, exterior view; pin = • bushing = ∘

| | |
|---|---|
| RS-422 TXD+ — 4 | 5 — DNC |
| DNC — 3 | 6 — BOOT_EN |
| DNC — 9 | 10 — RS-422 RXD- |
| Gnd — 2 | 7 — RS-422 RXD+ |
| RS-422 TXD- — 1 | 8 — Positive supply |

| Output Interval | | 2 sec | 1 min | 10 min | 30 min |
|---|---|---|---|---|---|
| 2 Hz | AiCaP | 7.9 mA | 4.8 mA | 4.2 mA | 1.6 mA |
| | RS-232 | 19.5 mA | 6.0 mA | 4.7 mA | 1.7 mA |
| | RS-422 | 19.5 mA | 6.0 mA | 5.2 mA | 2.4 mA |
| 4 Hz | AiCaP | 11.7 mA | 9.3 mA | 4.2 mA | 1.6 mA |
| | RS-232 | 24 mA | 10.5 mA | 4.7 mA | 1.7 mA |
| | RS-422 | 24 mA | 10.5 mA | 5.2 mA | 2.4 mA |

*Tabel 1:* 1024 samples, 40 seconds tidal average

**Pressure:**
4648/4648R Range: 0 – 400kPa (58 psia)  ~30m depth
Resolution: <0.0001% FSO
Accuracy: ±0.02% FSO
Output parameters: Pressure in kPa, Pressure raw data in LSB
**Tide:**
Sampling rate: 2 Hz, 4 Hz
Integration time: 10second - 8 minutes
Output Parameters: Tide pressure in kPa, Tide level in meter
**Wave:**
Sampling rate: 2 Hz, 4 Hz
Number of samples: 256, 512, 1024, or 2048
Output Parameters: Significant wave height, Maximum wave height, Mean period, Peak period, Mean zerocrossing period,Energy periode, Steepness, Irregularity of sea-state, Cut-off frequency, Pressure series, Last pressure sample index, Wave spectrum

**Temperature:**
Range: 0 – 36°C (32 - 96.8°F)
Resolution: <0.001°C (0.0018°F)
Accuracy: ±0.4°C/0.2°C [1] (±0.72°F/0.36°F [1])
Response Time (63%): 2 minutes
Temp. output: Temp.in °C, Temp. raw data in LSB
Output format: 4648 version: AiCaP CANbus, RS-232[2] 4648R-version: RS-422[2]
Output interval: RS232/RS422: 1sec.– 255 min. AiCaP: Controlled by data logger
Supply voltage: 5 to 14Vdc
Current drain(@ 9V)[3]:
Max. RS-232/RS-422): 50 mA
Quiescent:  0.4 mA
Average: See table 1
Operating temp.: -5 – +40°C (23 – 104°F)
Operating depth: Within pressure range
Electrical connection: 10-pin receptacle mating plug CSP
Pressure connection: Swagelok™ 1/8 inch
Dimensions: OD: 36 x 101mm (OD:1.4"x3.9")
Weight: 138g (4.86oz)
Materials: Titanium, ABS/PC, pom, epoxy casting
**ACCESSORIES**
 not included: RS-232 Sensor Cable 4762[4]/4865[5] RS-422 Sensor Cable 4763[4]/4799[5]

[1] Wave and Tide disabled and output interval ≥ 2 seconds
[2] 9600 baud, 8 data bits, 1 stop bit, no parity, Xon/Xoff Flow control
[3] With wave enabled. See D381 and D382 for Pressure and tide current drain
[4] CSP Cable with free end for Real-time data
[5] CSP Cable to PC with 9pin D-sub for Real-time data

*The above specifications are for the stand-alone sensor only, not the installation it is utilized with.*
*Specifications subject to change without prior notice.*



Let's Solve Water

Visit our Web site for the latest version
of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D382   January 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT B



a **xylem** brand



## WAVE and TIDE SENSOR 5218/5218R

*is a compact fully integrated sensor for measuring the wave and tide conditions. The 5218 sensor is designed to be mounted on the Aanderaa SeaGuard top-end plate or connected to SmartGuard using AiCaP CANbus or in other measurement systems using the RS-232 interface. The 5218R sensor is designed for use with long cables by means of RS-422 full duplex interface.*

### Features:

• Smart sensor technology - plug and play
• Calibration coefficients are stored in the sensor
• Low maintenance needs
• Low current drain
• Output formats 5218: AiCaP CANbus, RS-232
• Output formats 5218R: RS-422
• Selectable interval from 1 sec. to 255 min.
• Tidal averaging period: 10 sec. to 8 min.
• 2Hz and 4Hz sampling frequency
• 256,512,1024 and 2048 samples
• New updated wave parameters every 1 sec.
• Output parameters: see overleaf
• Real-time XML output
• Meassurement range: 0-400kPa
• Maximum operating depth: 90m

5218/5218R is based on a silicon piezoresistive pressure sensor. The pressure measurements are sampled and temperature compensated by an advanced Digital Signal Processor.

The sensor application areas are in fixed installations, either deployed in a seabed installation in shallow waters, or mounted onto a fixed structure in the upper water column. Typical applications for the sensor are meassurements of wave and tide in Ports and Harbours, Marine operations, Weather forecast and Climate studies.

The tide measurement is an average of the hydrostatic pressure measured over a time period of 10 seconds to 8 minutes (integration time configurable by the user). The update interval is between 1 second and 255 minutes.

The wave meassurements are based on the pressure time series measured over a time period of 64 second to 17minutes (configurable by the user). The update interval is between 1 second and 255 minutes.

The wave and tide sensor output parameters are Pressure, Tide Level, Tide Pressure, Temperature, Significant wave height, Maximum wave height, Mean period, Peak period, Energy wave period, Mean zerocrossing period, Wave steepness and irregularity of sea-state.

Since all calibration and temperature compensation data are stored inside the sensor, the parameters are by default presented directly in engineering units without any external calculation. The sensor also provides raw data of the pressure and the temperature measurements.

5218 is a compact yet intelligent sensor designed to be used with Aanderaa SmartGuard or SeaGuard as well as in other measuring systems.

The SmartGuard/SeaGuard and the smart sensors are interfaced by means of a reliable CANbus interface using an XML based protocol (AiCaP). The smart sensors can be mounted directly on the top-end plate of the Aanderaa SeaGuard and are automatically detected and recognized.

The output format of 5218 are AiCaP CANbus and RS-232, while the output format of the 5218R version is RS-422. The sensor version must be specified when ordered as the two versions are not interchangeable. The R-version cannot be used in SeaGuard applications.

The Tide Sensor can be used as stand-alone sensor with Aanderaa Real-Time Collector for real-time data.

The WTS sensor can be used as stand-alone sensor with Real-Time Collector for real-time data.



- Swagelock Nut
- Cover
- Fenwall Thermistor
- O-ring 12.1x1.6
- Transducer Board
- Sensor Foot
- DSP Board
- Tri Sorb tablet
- Interface Board
- Insert housing
- O-ring 12.1x1.6
- O-ring 13.1x1.6
- Lemo Insert
- M16x1mm Nut

**PIN CONFIGURATION FOR 5218**
Receptacle, exterior view;  pin = ● bushing = ○

| | | | | |
|---|---|---|---|---|
| CAN_H | 4 | | 5 | NCE |
| NCG | 3 | | 6 | BOOT_EN |
| NCR | 9 | | 10 | CAN_L |
| Gnd | 2 | | 7 | RS-232 RXD |
| Positive supply | 1 | | 8 | RS-232 TXD |

**PIN CONFIGURATION FOR 5218R**
Receptacle, exterior view;  pin = ● bushing = ○

| | | | | |
|---|---|---|---|---|
| RS-422 TXD+ | 4 | | 5 | DNC |
| DNC | 3 | | 6 | BOOT_EN |
| DNC | 9 | | 10 | RS-422 RXD- |
| Gnd | 2 | | 7 | RS-422 RXD+ |
| Positive supply | 1 | | 8 | RS-422 TXD- |

| Output Interval | | 2 sec | 1 min | 10 min | 30 min |
|---|---|---|---|---|---|
| 2 Hz: | AiCaP | 7.9 mA | 4.8 mA | 4.2 mA | 1.6 mA |
| | RS-232 | 19.5 mA | 6.7 mA | 4.7 mA | 1.7 mA |
| | RS-422 | 19.5 mA | 6.0 mA | 5.2 mA | 2.4 mA |
| 4 Hz: | AiCaP | 11.7 mA | 9.3 mA | 4.2 mA | 1.6 mA |
| | RS-232 | 24 mA | 10.5 mA | 4.7 mA | 1.7 mA |
| | RS-422 | 24 mA | 10.5 mA | 5.2 mA | 2.4 mA |

*Table 1: 1024 samples, 40 seconds tidal average*

**Sensor versions:**
5218/5218R:          0 – 400kPa (58psia)  ~30m depth
5218A/5218AR:      0 – 1000kPa (145psia) ~90m depth
**Pressure:**
Resolution:           <0.0001% FSO
Accuracy:             ±0.02% FSO
Output parameters:   Pressure in kPa, Pressure raw data in LSB

**Tide:**
Sampling rate:        2Hz, 4Hz
Integration time:     10 sec. - 8 min.
Tide Parameters:     Tide pressure in kPa, Tide level in
                             meter

**Temperature:**
Range:                  0 – 36°C (32 – 96.8°F)
Resolution:            <0.001°C (0.0018°F)
Accuracy:              ±0.2°C/0.1°C [1] (±0.36°F/0.18°F [1])
Response Time (63%):  <10 sec.
Temperature parameters: Temperature in °C, Temperature
                             raw data in LSB
**Output format:**      5218 version: AiCaP CANbus, RS-232[2]
                             5218R-version: RS-422[2]
**Output interval:**    RS232/RS422: 1 sec. – 255 min.
                             AiCaP: Controlled by data logger
**Supply voltage:**    5 to 14Vdc

**Current drain (@ 9V)[3]:**
Max.(RS-232/RS-422):   50 mA
Quiescent:             0.4 mA
Average:               See table 1
**Operating temperature:** -5 - +40°C (23 – 104°F)
**Operating depth:**    Within pressure range
**Electrical connection:** 10-pin receptacle mating plug SP
**Pressure connection:** Swagelok™ 1/8 inch
**Dimensions:**         OD: 36 x 86mm (OD:1.4"x3.4")
**Weight:**             160g (5.47oz)
**Materials:**          Titanium, epoxy coating
**ACCESSORIES**
not included:          RS-232 Sensor Cable 4762[4]/4865[5]
                             RS-422 Sensor Cable 4763[4]/4799[5]

[1] *Tide disabled and output interval ≥ 2 seconds*
[2] *9600 baud, 8 data bits, 1 stop bit, no parity, Xon/Xoff Flow
    control*
[3] *With tide disabled. See D362 for Pressure current drain*
[4] *SP Cable with free end for real-time data*
[5] *SP Cable to PC with 9pin D-sub for real-time data*

*The above specifications are for the stand-alone sensor only,
not the installation it is utilized with.
Specifications subject to change without prior notice.*



Let's Solve Water

Visit our Web site for the latest version
of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.    D405   June 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT C





# TIDE SENSOR 5217/5217R

*is a compact fully integrated sensor for measuring tidal conditions. The 5217 sensor is designed to be mounted on the Aanderaa SeaGuard top-end plate or connected to SmartGuard using AiCaP CANbus or in other measurement systems using the RS-232 interface. The 4647R sensor is designed for use with long cables by means of RS-422 full duplex interface.*

## Features:

- Smart sensor technology - plug and play
- Sensor calibration coefficients are stored in the sensor
- Low maintenance needs
- Low current drain
- Output formats 5217: AiCaP CANbus, RS-232
- Output formats 5217R: RS-422
- Selectable interval from 1 sec. to 255 min.
- Tidal averaging period: 10 sec. to 8 min.
- 2Hz and 4Hz sampling frequency
- Output parameters: Pressure, Tide Pressure, Tide Level, Temperature
- Real-time XML output
- Maximum operating depth: 6000m

5217/5217R is based on a silicon piezoresistive pressure sensor. The pressure measurements are sampled and temperature compensated by an advanced Digital Signal Processor.

The sensor application areas are in fixed installations, either deployed in a seabed installation or mounted onto a fixed structure.

The tide measurement is an average of the hydrostatic pressure measured over a time period of 10 seconds to 8 minutes (integration time configurable by the user). The update interval is between 1 second and 255 minutes.

The Tide sensor output parameters are Tide Pressure, Tide Level, Pressure and Temperature. Tide levels are preliminary, internally calculated estimates, based on fixed, user selectable values of atmospheric pressure and water salinity. Compensation for actual atmospheric pressure and salinity can be postprocessed if such data is available. Tide Pressure is an average of hydrostatic pressure over the integration time.

Since all calibration and temperature compensation data are stored inside the sensor, the parameters are by default presented directly in engineering units without any external calculation. The sensor also provides raw data of the pressure and the temperature measurements.

Tide Sensor 5217 is a compact yet intelligent sensor designed to be used with Aanderaa SmartGuard or SeaGuard as well as in other measuring systems.

The SmartGuard/SeaGuard and the smart sensors are interfaced by means of a reliable CANbus interface using an XML based protocol (AiCaP). The smart sensors can be mounted directly on the top-end plate of the Aanderaa SeaGuard and are automatically detected and recognized.

The output format of Tide Sensor 5217 are AiCaP CANbus and RS-232, while the output format of the 5217R version is RS-422. The sensor version must be specified when ordered as the two versions are not interchangeable. The R-version cannot be used in SeaGuard applications.

The Tide Sensor can be used as stand-alone sensor with Aanderaa Real-Time Collector for real-time data.



Swagelock Nut
Cover
Fenwall Thermistor
O-ring 12.1x1.6
Transducer Board
Sensor Foot
DSP Board
Tri Sorb tablet
Interface Board
Insert housing
O-ring 12.1x1.6
O-ring 13.1x1.6
Lemo Insert
M16x1mm Nut

**PIN CONFIGURATION FOR 5217**

Receptacle, exterior view;  pin = ● bushing = ○

CAN_H ———— 4    5 ———— NCE
NCG ———— 3      6 ———— BOOT_EN
NCR ———— 9      10 ———— CAN_L
Gnd ———— 2      7 ———— RS-232 RXD
Positive supply — 1    8 ———— RS-232 TXD

**PIN CONFIGURATION FOR 5217R**

Receptacle, exterior view;  pin = ● bushing = ○

RS-422 TXD+ ——— 4    5 ———— DNC
DNC ———— 3      6 ———— BOOT_EN
DNC ———— 9      10 ———— RS-422 RXD-
Gnd ———— 2      7 ———— RS-422 RXD+
Positive supply — 1    8 ———— RS-422 TXD-

| Output Interval | | 2 sec | 1 min | 10 min | 30 min |
|---|---|---|---|---|---|
| 2 Hz | AiCaP | 5.4 mA | 3.3 mA | 0.7 mA | 0.5 mA |
| | RS-232 | 12.0 mA | 3.7 mA | 0.7 mA | 0.5 mA |
| | RS-422 | 12.0 mA | 4.3 mA | 1.4 mA | 1.2 mA |
| 4 Hz | AiCaP | 10.0 mA | 6.3 mA | 1.0 mA | 0.6 mA |
| | RS-232 | 16.5 mA | 7.1 mA | 1.1 mA | 0.6 mA |
| | RS-422 | 16.5 mA | 7.5 mA | 1.7 mA | 1.3 mA |

*Table 1: 40 seconds tidal average*

**Sensor versions:**

| | |
|---|---|
| 5217/5217R: | 0 – 400kPa (58psia)  ~30m depth |
| 5217A/5217AR: | 0 – 1000kPa (145psia) ~90m depth |
| 5217B/5217BR: | 0 – 4000kPa (580psia) ~390m depth |
| 5217C/5217CR: | 0 – 10000kPa (1450psia) ~1000m depth |
| 5217D/5217DR: | 0 – 20000kPa (2900psia) ~2000m depth |
| 5217E/5217ER: | 0 – 40000kPa (5800psia) ~4000m depth |
| 5217F/5217FR: | 0 – 60000kPa (8700psia) ~6000m depth |

**Pressure:**

| | |
|---|---|
| Resolution: | <0.0001% FSO |
| Accuracy: | ±0.02% FSO |
| Output parameters: | Pressure in kPa, Pressure raw data in LSB |

**Tide:**

| | |
|---|---|
| Sampling rate: | 2Hz, 4Hz |
| Integration time: | 10 sec. - 8 min. |
| Tide Parameters: | Tide pressure in kPa, Tide level in meter |

**Temperature:**

| | |
|---|---|
| Range: | 0 – 36°C (32 – 96.8°F) |
| Resolution: | <0.001°C (0.0018°F) |
| Accuracy: | ±0.2°C/0.1°C [1] (±0.36°F/0.18°F [1]) |
| Response Time (63%): | <10 sec. |
| Temperature parameters: | Temperature in °C, Temperature raw data in LSB |
| **Output format:** | 5217 version: AiCaP CANbus, RS-232[2] 5217R-version: RS-422[2] |
| **Output interval:** | RS232/RS422: 1 sec. – 255 min. AiCaP: Controlled by data logger |
| **Supply voltage:** | 5 to 14Vdc |

**Current drain (@ 9V)[3]:**

| | |
|---|---|
| Max.(RS-232/RS-422): | 50 mA |
| Quiescent: | 0.4 mA |
| Average: | See table 1 |
| **Operating temperature:** | -5 – +40°C (23 – 104°F) |
| **Operating depth:** | Within pressure range |
| **Electrical connection:** | 10-pin receptacle mating plug SP |
| **Pressure connection:** | Swagelok™ 1/8 inch |
| **Dimensions:** | OD: 36 x 86mm (OD:1.4"x3.4") |
| **Weight:** | 160g (5.47oz) |
| **Materials:** | Titanium, epoxy coating |
| **ACCESSORIES** | |
| not included: | RS-232 Sensor Cable 4762[4]/4865[5] RS-422 Sensor Cable 4763[4]/4799[5] |

[1] *Tide disabled and output interval ≥ 2 seconds*
[2] *9600 baud, 8 data bits, 1 stop bit, no parity, Xon/Xoff Flow control*
[3] *With tide disabled. See D362 for Pressure current drain*
[4] *SP Cable with free end for real-time data*
[5] *SP Cable to PC with 9pin D-sub for real-time data*

*The above specifications are for the stand-alone sensor only, not the installation it is utilized with.*
*Specifications subject to change without prior notice.*



Let's Solve Water

Visit our Web site for the latest version of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.    D405   June 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT D





# SEAGUARD® WLR
## Water Level Recorder

*The new Aanderaa SeaGuard WLR is a robust instrument based on the SeaGuard Platform. It is a self contained instrument for measuring tide and temperature. The instrument can be used as a platform for additional measurements (e.g. CTD, current, dissolved oxygen and turbidity). SeaGuard WLR comes in 300m, 3000m and 6000m depth ranges.*

### Features of the SeaGuard WLR:
- High Resolution and low drift
- Low maintenance needs
- Selectable interval from 2 seconds to 2 hours
- SeaGuard Studio visualization software
- Smart sensor topology based on a reliable CANbus interface (AiCaP)
- Output parameters: Pressure, Temperature, Tide pressure, Tide level.Pressure time series. The WLR also provides raw data of the pressure and temperature measurements.
- Real-Time XML Output on RS-422(optional)
- Windows CE based Datalogger with TFT colour touch panel for configuration
- 7 pressure ranges:
  - 0 - 400 kPa / ~30m depth
  - 0 - 1000 kPa / ~90m depth
  - 0 - 4000 kPa / ~390m depth
  - 0 - 10MPa / ~1000m dept
  - 0 - 20MPa / ~2000m depth
  - 0 - 40MPa / ~4000m depth
  - 0 - 60MPa / ~6000m depth

SeaGuard Water Level Recorder measures hydrostatic pressure based on a silicon pressure sensor 5217. The pressure measurements are sampled and temperature compensated by an advanced Digital Signal Processor.

The SeaGuard WLR application areas are in fixed installations, either deployed in a seabed installation in shallow waters, or mounted onto a fixed structure in the upper water column. Typical applications for the sensor are measurements of tide in ports and harbours, marine operations, hydrography, weather forecast, and climate studies.

The tide measurement is an average of the hydrostatic pressure measured over a time period of 10 seconds to 8 minutes (Integration time configurable by the user). The update interval is between 2 seconds and 2 hours.

The SeaGuard WLR output parameters are tide pressure, tide level, pressure and temperature. Tide levels are preliminary internally calculated estimates, based on fixed user selectable values of atmospheric pressure and water salinity. Compensation for actual atmospheric pressure and salinity can be postprosessed if such data is available. Tide pressure is an average of hydrostatic pressure over the integration time.

Since all calibration and temperature compensation data are stored inside the sensor, the parameters are by default presented directly in engineering units without any external calculation. The WLR also provides raw data of the pressure and the temperature measurements.

The output parameters from the SeaGuard WLR are easily presented in SeaGuard Studio.

The SeaGuard WLR and the Aanderaa smart sensors are interfaced by means of a reliable CANbus protocol (AiCaP) using XML for plug and play capabilities. The smart sensors can be mounted directly on the Top end Plate or connected via cable to an Aanderaa SeaGuard and are automatically detected and recognized.

The SeaGuard WLR can be used with Aanderaa Real-Time Collector for real-time data.

The SeaGuard WLR has 2 battery compartments for long deployment time.

The SeaGuard WLR can be equipped with a Conductivity sensor for calculation of Salinity, Density and Sound of speed.

| | |
|---|---|
| Top-End Plate: | Multiparameter platform |
| Recording system: | Data Storage on SD card |
| Storage Capacity: | ≤ 2GB |
| Battery: | 2 batteries inside the instrument |
| Alkaline 3988 | 9V, 15Ah (nominal 12.5Ah; 20W) down to 6V at 4°C) |
| or Lithium 3908: | 7V, 35Ah |
| Supply voltage: | 6 to 14Vdc |
| Operating temperature: | -5 – +40°C (23 – 104°F) |
| Deployment depth: | SW: 300meter |
| | IW: 3000meter |
| | DW: 6000meter |

Dimensions:

| | |
|---|---|
| SW: | OD: 139mm  H: 356mm |
| IW: | OD: 140mm  H: 352mm |
| DW: | OD: 143mm  H:368mm |

| Weight: | in air: | in water |
|---|---|---|
| SW: | 6.0kg | 1.5kg |
| IW: | 8.9kg | 4.3kg |
| DW: | 14.5kg | 6.8kg |
| Materials: | PET, Titanium, Stainless Steel 316, Epoxy | |

**Average current drain(@ 9V):** Tidal average period of 40 sec
*Note! The instrument will calculate and present the average current drain based on the configuration, refer to TN 320.*

| Output Interval: freq. | 2 sec | 1 min | 10 min | 30 min |
|---|---|---|---|---|
| 2 Hz: | 25.1mA | 5.0mA | 1.4mA | 1.2mA |
| 4 Hz: | 25.1mA | 5.0mA | 1.4mA | 1.2mA |

Tide sensor specifications:

Available ranges:

| 5217 | Range: | 0 – 400kPa (58 psia) |
|---|---|---|
| 5217A | Range: | 0 – 1000kPa (145 psia) |
| 5217B | Range: | 0 – 4000kPa (580 psia) |
| 5217C | Range: | 0 – 10MPa (1450 psia) |
| 5217D | Range: | 0 – 20MPa (2900 psia) |
| 5217E | Range: | 0 – 40Mpa(5801 psia) |
| 5217F | Range: | 0 – 60MPa (8702 psia) |

Pressure:

| Resolution: | 0.0001% FSO |
|---|---|
| Accuracy: | ±0.02% FSO |
| Pressure connection: | Swagelok™ 1/8 inch |
| Inlet port (reference): | Top of the pressure port |
| Pressure parameters: | Pressure in kPa, Pressure raw data in LSB |

Tide:

| Integration time: | 10 sec - 8 min |
|---|---|
| Tide parameters: | Tide pressure in kPa, Tide level in meter, Pressure Series |

Temperature:

| Range: | 0 – 36°C (32 – 96.8°F) |
|---|---|
| Resolution: | 0.001°C (0.0018°F) |
| Accuracy: | ±0.2°C (0.72°F) |
| Response Time (63%): | < 10sec. |
| Temperature parameters: | Temperature in °C, Temperature raw data in LSB |

| Accessories included: | SeaGuard Studio |
|---|---|
| | SD card: 2 GB |
| | 1 Alkaline Battery 3988 |
| | Documentation on CD |
| | Carrying handle |

| Accessories not included: | Mooring frame 5031, 5031A |
|---|---|
| | In-line mooring frame 4044 |
| | Internal Lithium battery 3908 |
| | Internal Alkaline battery 3988 |
| | Internal battery shell 4513 |
| | Maintenance kit 3813 |
| | Tools kit 3986A |
| | Real-Time Collector 4715 and license |
| | Conductivity sensor 4319, refer D369 |
| | Temperature sensor 4060, refer D363 |
| | Oxygen optode 4835, refer D385 |
| | Oxygen optode 4330, refer D378 |
| | Turbidity sensor 4112 (analog), refer D377 |
| | for Current measurements, refer SeaGuard RCM (D368) |
| | for Wave and Tide measurements, refer SeaGuard WTR (D386) |

*Specifications subject to change without prior notice.*

# Aanderaa Real Time

The data message from the instrument is in XML format. A user application can access the Aanderaa Real-Time Collector over the Internet or Intranet. Each user application will experience an individual connection to the instrument data due to a queue management system in the collector. One licence per SeaGuard instrument serves multiple user applications, including Aanderaa Real-Time Collector, Aanderaa Real-Time Viewer, Style Sheets and example application (refer B163).



Visit our Web site for the latest version
of this document and more information
**www.aanderaa.com**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D387   March 2014

Aanderaa Data Instruments AS
Sanddalsringen 5b, Postboks 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT E






# SEAGUARD® WTR
## Wave and Tide Recorder

*The new Aanderaa SeaGuard WTR is a robust instrument based on the SeaGuard Platform. It is a self contained instrument for measuring wave parameters, water level and temperature. The instrument can be used as a platform for additional measurements (e.g. CTD, current, dissolved oxygen and turbidity).*

### Features of the SeaGuard WTR:
- High Resolution and low drift
- Low maintenance needs
- Selectable interval from 2 seconds to 2 hours
- SeaGuard Studio vizualisation software
- Smart sensor topology based on a reliable CANbus interface (AiCaP)
- Output parameters: Pressure, Temperature, Tide, Significant wave height, Maximum wave height, Mean period, Peak period, Energy wave period, Mean zero-crossing period, Wave steepness, and Irregularity of sea-state. The WTR also provides raw data of the pressure and temperature measurements.
- Real-Time XML Output on RS-422(optional)
- For use in sea and fresh water
- Windows CE based Datalogger with TFT based colour touch panel for configuration
- Measurement range:      0 - 400 kPa / ~30m depth
                          0 - 1000kPa / ~90m depth

The SeaGuard Wave and Tide Recorder measures wave and tide conditions based on a silicon pressure sensor 5218. The pressure measurements are sampled and temperature compensated by an advanced Digital Signal Processor.

The SeaGuard WTR application areas are in fixed installations, either deployed in a seabed installation in shallow waters, or mounted onto a fixed structure in the upper water column.

Typical applications for the sensor are measurements of wave and tide in ports and harbours, marine operations, weather forecast, and climate studies.

The recommended deployment depth for wave measurements is in the range 6 - 15 meters.

The tide measurement is an average of the hydrostatic pressure measured over a time period of 10 seconds to 8 minutes (configured by the user). The update interval is between 2 seconds and 255 minutes. The wave measurements are based on the pressure

time series measured over a time period of 64 seconds to 17 minutes (configured by the user). The update interval is between 2 seconds and 255 minutes.

The output parameters from the SeaGuard WTR are easily presented in SeaGuard Studio.

The SeaGuard WTR and the Aanderaa smart sensors are interfaced by means of a reliable CANbus protocol (AiCaP) using XML for plug and play capabilities. The smart sensors can be mounted directly on the Top-end Plate of an Aanderaa SeaGuard and are automatically detected and recognized.

The SeaGuard WTR can be used with Aanderaa Real-Time Collector for real-time data.

The SeaGuard WTR has 2 battery compartments for long deployment time.

The SeaGuard WTR can be equipped with a Conductivity sensor for calculation of Salinity, Density and Sound of speed.

Top-End Plate: Multiparameter platform
Recording system: Data Storage on SD card
Storage Capacity: ≤ 2GB
Battery: 2 batteries inside the instrument
  Alkaline 3988 9V, 15Ah (nominal 12.5Ah; 20W down to 6V at 4°C)
  or Lithium 3908 7V, 35Ah
Supply voltage: 6 to 14Vdc
Operating temperature: -5 - +40°C (23 – 104°F)
Deployment depth: 0 - 30m/0 - 90m
Dimensions: OD: 139mm H: 356mm
Weight in air: 6.0kg
Weight in water: 1.5kg
Materials: PET, Titanium, Stainless Steel 316, Epoxy
**Average current drain(@ 9V):** Tidal average period of 40 sec
*Note! The instrument will calculate and present the average current drain based on the configuration, refer to TN 320.*

| Output Interval:<br>freq.   Samples | | 2 sec | 1 min | 10 min | 30 min |
|---|---|---|---|---|---|
| 2 Hz: | 1024 | 27.3mA | 6.5mA | 4.8mA | 2.3mA |
| | 2048 | 27.3mA | 6.5mA | 5.5mA | 3.5mA |
| 4 Hz: | 1024 | 31.8mA | 11.0mA | 4.9mA | 2.3mA |
| | 2048 | 31.8mA | 11.0mA | 8.7mA | 3.6mA |

Available ranges:
  5218      Range:    0 - 400kPa(58psia)
  5218A    Range:    0 - 1000kPa(145psia)

Pressure:
  Resolution: <0.0001% FSO
  Accuracy: ±0.02% FSO
  Pressure connection: Swagelok™ 1/8 inch
  Pressure parameters: Pressure in kPa, Pressure raw data in LSB
  Inlet port (reference): Top of the pressure port

Tide:
  Average interval: 10 sec - 8 min
  Tide parameters: Tide pressure, Tide level, Pressure Seies

Wave:
  Sampling rate: 2 Hz, 4 Hz
  Number of samples: 256, 512, 1024, or 2048
  Wave parameters: Significant wave height, Maximum wave height, Mean period, Peak period, Energy wave period, Mean zerocrossing period, Wave steepness, Irregularity of sea-state, Cut-off frequensy, Pressure Series, and Wave spectrum.

Temperature:
  Range: 0 – 36°C (32 – 96.8°F)
  Resolution: <0.001°C (0.0018°F)
  Accuracy: ±0.2°C (0.72°F)
  Response Time (63%): < 10sec.

Accessories
  included: SeaGuard Studio
SD card: 2 GB
1 Alkaline Battery 3988
Documentation on CD
Carrying handle 4132

Accessories
  not included: Mooring frame 5031, 5031A
In-line mooring frame 4044
Bottom mooring frame 3448
Internal Lithium battery 3908
Internal Alkaline battery 3988
Internal battery shell 4513
Maintenance kit 3813
Tools kit 3986A
Real-Time license and Collector 4715
Conductivity sensor 4319, refer D369
Temperature sensor 4060, refer D363
Oxygen optode 4835, refer D385
Turbidity sensor 4112 (analog), refer D377
for current measurements, refer SeaGuard RCM (D368)

*Specifications subject to change without prior notice.*

# Aanderaa Real Time

The data message from the instrument is in XML format. A user application can access the Aanderaa Real-Time Collector over the Internet or Intranet. Each user application will experience an individual connection to the instrument data due to a queue management system in the collector. One licence per SeaGuard instrument serves multiple user applications, including Aanderaa Real-Time Collector, Aanderaa Real-Time Viewer, Style Sheets and example application (refer B163).



Visit our Web site for the latest version
of this document and more information
**www.aanderaa.com**

Aanderaa Data Instruments AS
Sanddalsringen 5b, Postboks 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D386   March 2014

# ATTACHMENT F





# SEAGUARD® CTD
## Conductivity, Temperature and Depth

*The new Aanderaa SeaGuard CTD is a robust instrument based on the SeaGuard Platform. It is a self contained instrument for measuring conductivity, temperature and depth. The instrument can be used as a platform for additional measurements (like e.g. current, dissolved oxygen, turbidity, wave and tide).*

## Advantages:
- High Resolution and low drift
- Low maintenance needs
- Selectable interval from 2 seconds to 2 hours
- SeaGuard Studio vizualisation software
- Smart sensor topology based on a reliable CANbus interface (AiCaP)
- Output parameters: Pressure, Temperature, Conductivity. The CTD also provides raw data of the Pressure, Temperature and Conductivity measurements.
- Windows CE based datalogger with TFT based color touch panel for configuration
- Real-time XML Output on RS-422(optional)
- For use in sea and fresh water
- 3 Measurement ranges: 0 - 300m, 0 - 2000m, 0 - 6000m

The SeaGuard CTD is a primary tool for determining essential physical properties of sea and fresh water. Standard parameters are Conductivity, Pressure/ Instrument depth and Temperature. From these parameters the salinity of the water as well as the density are calculated.

The SeaGuard CTD is designed for continuous recordings of salinity (via conductivity measurements), temperature and depth (via pressure measurements) used in long term deployments. Typical application areas are related to e.g. coastal  circulation, climatic studies and aquaculture. The SeaGuard CTD can also be used as a multi-parameter platform for additional measurements.

The included Conductivity Sensor (4319B) is an intelligent sensor based on an inductive principle. This provides for stable measurement without electrodes that are easily fouled and may wear out in the field.

The included Temperature Sensor (4880/4060) is  an intelligent sensor based on a thermistor-bridge.

The included Pressure Sensor (4646/4117) is a compact yet intelligent sensor based on a silicon piezoresistive bridge sampled and temperature compensated by an advanced Digital Signal Processor.

The output parameters from the SeaGuard CTD are easily presented in SeaGuard Studio. Salinity, Density, Depth and Sound of speed are post- calculated in SeaGuard Studio.

The SeaGuard CTD and the Aanderaa smart sensors are interfaced by means of a reliable CANbus protocol (AiCaP) using XML for plug and play capabilities. The smart sensors can be mounted directly on the Top-end Plate of an Aanderaa SeaGuard and are automatically detected and recognized.

The SeaGuard CTD can be used with Aanderaa Real-Time Collector for real-time data.

The SeaGuard CTD has 2 battery compartments for long deployment time.

| | |
|---|---|
| Top-end Plate: | Multiparameter platform |
| Recording system: | Data Storage on SD card |
| Storage capacity: | ≤ 2GB |
| Battery: | 1 or 2 batteries inside the instrument |
| Alkaline 3988 | 9V, 15Ah (nominal 12.5Ah; 20W down to 6V at 4˚C) |
| or Lithium 3908: | 7V, 35Ah |
| Supply voltage: | 6 to 14VDdc |
| Operating temp.: | -5 – +40˚C (23 – 104˚F) |

Deployment depth:

| | |
|---|---|
| Shallow Water (SW) | 0 - 300m (0 - 984.3ft) |
| Intermediate Water (IW): | 0 - 2000m (0 - 6590ft) |
| Deep Water (DW): | 0 - 6000m (0 - 19690ft) |

Platform dimensions:

| | |
|---|---|
| Shallow Water (SW): | OD: 139mm H: 356mm |
| Intermediate Water (IW): | OD: 140mm H: 352mm |
| Deep Water (DW): | OD: 143mm H: 368mm |

| Weight: | In Air | In Water |
|---|---|---|
| Shallow Water (SW): | 6.3kg | 1.8kg |
| Intermediate Water (IW): | 12.2kg | 7.4kg |
| Deep Water (DW): | 13.1kg | 8.6kg |

External materials:

| | |
|---|---|
| 300m version: | PET, Titanium, Stainless Steel 316, |
| 2000/6000m version: | Titanium, Stainless steel 316, OSNISIL |

Average current drain (@ 9V): Depends on configurations:
*Note! The instrument will calculate and present the average current drain based on the configuration (refer to TN 320)*

| Recording Interval | 2 min | 10 min | 30 min | 60 min |
|---|---|---|---|---|
| SeaGuard CTD | 25.1 mA | 5.0 mA | 1.4 mA | 1.2 mA |

### CONDUCTIVITY (4319B, ref D369):

| | |
|---|---|
| Range: | 0 - 7.5S/m (0 - 75mS/cm) |
| Resolution: | 0.0002S/m (0.002mS/cm) |
| Accuracy: | ±0.0018S/m (±0.018mS/cm) |
| Response time: | < 3s (depends on flow through cell bore) |

### TEMPERATURE (4880, ref D391, 4060, ref D363):

| | |
|---|---|
| Range: | -4 to 36°C (24.8 – 96.8˚F) |
| Resolution: | 0.001°C (0.0018°F) |
| Accuracy: | ±0.03°C (0.054°F) |
| Response time (63%): | < 2 sec |

### PRESSURE (4117, ref D362, 4646, ref D381):

| | |
|---|---|
| SW Range: (4646C) | 0 – 3100kPa (449 psia) |
| IW Range: (4117D) | 0 – 20000kPa (2900 psia) |
| DW Range: (4117E) | 0 – 60000kPa (8702 psia) |
| Resolution: | 0.0001% FSO |
| Accuracy: | ±0.02% FSO |
| Pressure connection: | Swagelok™ 1/8 inch |
| Inlet port (reference): | top of the pressure port |
| Measurement units: | Engineering units and raw data |

*Specifications subject to change without prior notice.*

### ACCESSORIES
| included: | SeaGuard Studio |
|---|---|
| | SD card: 2 GB |
| | 1 Alkaline Battery 3988 |
| | Documentation on CD |
| | Carrying handle 4132 |

### ACCESSORIES
| not included: | Carrying handle 4032,3965 |
|---|---|
| | SD card with capacity up to 4GB |
| | Electrical terminal 4784 |
| | In-line mooring frame 4044/3824A, |
| | Base Brackets 4722 for 3824A |
| | Protecting Rods 3783 |
| | Sub-surface floats 2211,2212 |
| | Bottom mooring frame 3448R |
| | Real Time Collector 4715 and license |
| | Offline Configuration 4811 |
| | Internal Lithium battery 3908 |
| | Internal Alkaline battery 3988 |
| | Internal battery shell 4513 |
| | Analog cable/licence 4564/4802 |
| | Maintenance Kit 3813/3813A |
| | Tools kit 3986A |
| | Hardcopy Documentation |
| | Oxygen optode 4330, refer D378 |
| | Turbidity sensor 4112 (analog), refer D377 for Wave & Tide measurements, refer SeaGuard WTR (D386) and SeaGuard WLR (D387) for current measurements, refer SeaGuard RCM (D368) |

## Aanderaa Real-Time

The data message from the instrument is in XML format. A user application can access the Aanderaa Real-Time Collector over the Internet or Intranet. Each user application will experience an individual connection to the instrument data due to a queue management system in the collector. One  license per SeaGuard instrument serves multiple user applications including Aanderaa Real-Time Collector, Aanderaa Real-Time Viewer, Style Sheets and example application (refer B163).

## Offline Configuration

The SeaGuard Offline Configuration is a PC application used to create and modify configuration files for the SeaGuard. The configuration files can be imported to one or multiple SeaGuard instruments  using a compatible memory card (SD card) (refer TD 275).



Visit our Web site for the latest version of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.  D373  February 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT G



# TIDE SENSOR 4647/4647R

*is a compact fully integrated sensor for measuring the tidal conditions. The 4647 sensor is designed to be mounted on the Aanderaa SeaGuard or connected to SmartGuard using AiCaP CANbus or in other measurement systems using the RS-232 interface. The 4647R sensor is designed for use with long cables by means of RS-422 full duplex interface.*

**Advantages:**
- Smart Sensor technology - plug and play
- Sensor Calibration coefficients are stored in the sensor
- Low maintenance needs
- Low current drain
- Output formats 4647: AiCaP CANbus, RS-232
- Output formats 4647R: RS-422
- Selectable interval from 1 sec. to 255 min.
- Tidal averaging period: 10 sec. to 8 min.
- 2Hz and 4 Hz sampling frequency
- Output parameters: Pressure, Tide pressure, Tide Level, Temperature.
- Real-time XML output
- Measurement range: 400, 700, or 3100 kPa
- Maximum operating depth: 300m



4647/4647R is based on a silicon piezoresistive pressure sensor. The pressure measurements are sampled and temperature compensated by an advanced Digital Signal Processor.

The sensor application areas are in fixed installations, either deployed in a seabed installation in shallow waters, or mounted onto a fixed structure in the upper water column.

The tide measurement is an average of the hydrostatic pressure measured over a time period of 10 seconds to 8 minutes (Integration time configurable by the user). The update interval is between 1 second and 255 minutes.

The Tide sensor output parameters are Tide pressure, Tide level, Pressure and Temperature. Tide levels are preliminary, internally calculated estimates, based on fixed, user selectable values of atmospheric pressure and water salinity. Compensation for actual atmospheric pressure and salinity can be postprocessed if such data is available. Tide pressure is an average of hydrostatic pressure over the integration time.

Since all calibration and temperature compensation data are stored inside the sensor, the parameters

are by default presented directly in engineering units without any external calculation. The sensor also provides raw data of the pressure and the temperature measurements.

Tide Sensor 4647 is a compact yet intelligent sensor designed to be used with Aanderaa SmartGuard or SeaGuard as well as in other measuring systems.

The SmartGuard/SeaGuard and the smart sensors are interfaced by means of a reliable CANbus interface using an XML based protocol (AiCaP). The Smart sensors can be mounted directly on the top-end plate of the Aanderaa SeaGuard and are automatically detected and recognized.

The output format of Tide Sensor 4647 are AiCaP CANbus and RS-232, while the output format of the 4647R version is RS-422. The sensor version must be specified when ordered as the two versions are not interchangeable. The R-version cannot be used in SeaGuard applications.

The Tide sensor can be used as stand-alone sensor with Aanderaa Real-Time Collector for real-time data.



- Pressure inlet
- Piezoresistive bridge
- Temperature thermistor
- Electronic board
- 10-pin Lemo
- O-ring grooves
- Sensor foot
- Orientation pin

### PIN CONFIGURATION FOR 4647

Receptacle, exterior view;  pin = ● bushing = ○

| | | |
|---|---|---|
| CAN_H | 4 — 5 | NCE |
| NCG | 3 — 6 | BOOT_EN |
| NCR | 9 — 10 | CAN_L |
| Gnd | 2 — 7 | RS-232 RXD |
| Positive supply | 1 — 8 | RS-232 TXD |

### PIN CONFIGURATION FOR 4647R

Receptacle, exterior view;  pin = ● bushing = ○

| | | |
|---|---|---|
| RS-422 TXD+ | 4 — 5 | DNC |
| DNC | 3 — 6 | BOOT_EN |
| DNC | 9 — 10 | RS-422 RXD- |
| Gnd | 2 — 7 | RS-422 RXD+ |
| Positive supply | 1 — 8 | RS-422 TXD- |

| Output Interval | | 2 sec | 1 min | 10 min | 30 min |
|---|---|---|---|---|---|
| 2 Hz: | AiCaP | 5.4 mA | 3.3 mA | 0.7 mA | 0.5 mA |
| | RS-232 | 12.0 mA | 3.7 mA | 0.7 mA | 0.5 mA |
| | RS-422 | 12.0 mA | 4.3 mA | 1.4 mA | 1.2 mA |
| 4 Hz: | AiCaP | 10.0 mA | 6.3 mA | 1.0 mA | 0.6 mA |
| | RS-232 | 16.5 mA | 7.1 mA | 1.1 mA | 0.6 mA |
| | RS-422 | 16.5 mA | 7.5 mA | 1.7 mA | 1.3 mA |

*Table 1: 40 seconds tidal average*

**Pressure:**

| | |
|---|---|
| 4647A/4647AR Range: | 0 – 400kPa (58 psia)   ~30m depth |
| 4647B Range: | 0 – 700kPa (101 psia) ~60m depth |
| 4647C Range: | 0 – 3100kPa (449 psia) ~300m depth |
| Resolution: | <0.0001% FSO |
| Accuracy: | ±0.02% FSO |
| Output parameters: | Pressure in kPa, Pressure raw data in LSB |

**Tide:**

| | |
|---|---|
| Sampling rate: | 2Hz, 4Hz |
| Integration time: | 10second - 8 minutes |
| Tide Parameters: | Tide pressure in kPa, Tide level in meter |

**Temperature:**

| | |
|---|---|
| Range: | 0 – 36°C (32 – 96.8°F) |
| Resolution: | <0.001°C (0.0018°F) |
| Accuracy: | ±0.4°C/0.2°C [1] (±0.72°F/0.36°F [1]) |
| Response Time (63%): | 2 minutes |
| Temperature parameters: | Temperature in °C, Temperature raw data in LSB |
| **Output format:** | 4647 version: AiCaP CANbus, RS-232[2] |
| | 4647R-version: RS-422[2] |
| **Output interval:** | RS232/RS422: 1sec.– 255 min. |
| | AiCaP: Controlled by data logger |
| **Supply voltage:** | 5 to 14Vdc |

**Current drain(@ 9V)[3]:**

| | |
|---|---|
| Max.(RS-232/RS-422): | 50 mA |
| Quiescent: | 0.4 mA |
| Average: | See table 1 |
| **Operating temperature:** | -5 – +40°C (23 – 104°F) |
| **Operating depth:** | Within pressure range |
| **Electrical connection:** | 10-pin receptacle mating plug CSP |
| **Pressure connection:** | Swagelok™ 1/8 inch |
| **Dimensions:** | OD: 36 x 101mm (OD:1.4"x3.9") |
| **Weight:** | 138g (4.86oz) |
| **Materials:** | Titanium, ABS/PC, pom, epoxy casting |
| **ACCESSORIES** | |
| not included: | RS-232 Sensor Cable 4762[4]/4865[5] |
| | RS-422 Sensor Cable 4763[4]/4799[5] |

[1] Tide disabled and output interval ≥ 2 seconds
[2] 9600 baud, 8 data bits, 1 stop bit, no parity, Xon/Xoff Flow control
[3] With tide enabled. See D381 for Pressure current drain
[4] CSP Cable with free end for Real-time data
[5] CSP Cable to PC with 9pin D-sub for Real-time data

*The above specifications are for the stand-alone sensor only, not the installation it is utilized with.*
*Specifications subject to change without prior notice.*



Let's Solve Water

Visit our Web site for the latest version of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D382   January 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT H



a **xylem** brand



## Vented Pressure 4425/4426/4427
## Vented Tide 4445/4446
## Vented Wave 4428/4429

*are compact fully integrated sensors for measuring pressure, tide or wave conditions, based on measuring the hydrostatic pressure and water temperature in a fixed submerged position. The pressure transducer is vented to facilitate automatic correction for atmospheric pressure fluctuations.*

*The sensor package consists of:*
- *Vented Sensor with Thermistor*
- *Cable with Airpipe*
- *Compensating Unit*

**Advantages:**
- Smart Sensor technology - plug and play
- Sensor calibration coefficients are stored internally
- Low maintenance needs
- Low current drain
- Short update interval: 1 second to 255 minutes
- 2Hz and 4Hz sampling frequency
- 256, 512, 1024 and 2048 samples
- New updated wave parameters every 1 second
- Output parameters: see overleaf
- Output format: AiCaP CANbus, RS-232 or RS-422
- Real-time XML output

Accurate monitoring of pressure, tide, water level and waves in ports, coastal and inland waters, rivers and boreholes is of great importance to many practical projects. This series of sensors measures the hydrostatic pressure caused by the head of water above them. The influence of barometric pressure on the sensors is compensated for by applying air pressure to one side of the transducer through an air pipe and compensating unit. The sensors contain, in addition to the sensing element, a temperature compensating and a range reducing network. The sensor is based on a silicon pressure sensor. The pressure measurements are sampled and temperature compensated by an advanced Digital Signal Processor.

The sensor application areas are in fixed installations, either deployed in a seabed installation in shallow waters, or mounted onto a fixed structure in the upper water column. Typical applications for the sensor are measurements of wave and tide in

ports and harbors, marine operations, weather forecast, and climate studies.

The tide measurement is an average of the hydrostatic pressure measured over a time period of 10 seconds to 8 minutes (integration time configurable by the user). The update interval is between 1 second and 255 minutes.

The wave measurements are based on the pressure time series measured over a time period of 64 seconds to 17 minutes (configurable  by the user). The update interval is between 1 second and 255 minutes.

All calibration and temperature compensation data are stored inside the sensor, the parameters are by default presented directly in engineering units without any external calculation. The sensor also provides raw data of the pressure and the temperature measurements.



**PIN CONFIGURATION RS-422, R-version**

Receptacle, exterior view;  pin = • bushing = ○



| | |
|---|---|
| RS-422 TXD+ —— 4 | 5 —— DNC |
| DNC —— 3 | 6 —— AIR PIPE |
| DNC —— 9 | 10 —— RS-422 RXD- |
| Gnd —— 2 | 7 —— RS-422 RXD+ |
| Positive supply —— 1 | 8 —— RS-422 TXD- |

**PIN CONFIGURATION RS-232 and AiCaP**

Receptacle, exterior view;  pin = • bushing = ○



| | |
|---|---|
| CAN_H —— 4 | 5 —— NCE |
| NCG —— 3 | 6 —— AIR PIPE |
| NCR —— 9 | 10 —— CAN_L |
| Gnd —— 2 | 7 —— RS-232 RXD |
| Positive supply —— 1 | 8 —— RS-232 TXD |

## Compensating Unit 3848



Cable with air pipe, minimum bending radius : 90mm

Sensor cable from compensating unit to logger.

Plug with Goretex filter

All specifications are for the stand-alone sensor only, not the installation it is utilized with.
Specifications subject to change without prior notice.

---

**Range:**
4425,4428,4445:  0 –  50kPa (14 psia) ~  5m depth
4426,4429,4446:  0 – 100kPa (14 psia) ~ 10m depth
4427,4447:        0– 200kPa (29 psia) ~ 20m depth
**Pressure:**
  Resolution:      <0.0001% FSO
  Accuracy:        ±0.04% FSO
**Tide:**
  Sampling rate:   2Hz, 4Hz
  Integration time: 10 sec - 8 min
**Wave:**
  Sampling rate:   2 Hz, 4 Hz
  Number of samples: 256, 512, 1024, or 2048
**Output parameters:**
  All versions:    Pressure, temperature, rawdata pressure and rawdata temperature.
  Wave & Tide only: Tide pressure, tide level, significant wave height, maximum wave height, mean period, peak period, mean zerocrossing period, energy period, steepness, cut-off frequency, irregularity of sea-state, pressure series, last pressure sample index, wave spectrum

**Temperature:**
  Range:           0 – 36°C (32 – 96.8°F)
  Resolution:      <0.001°C (0.0018°F)
  Accuracy:        ±0.4°C /0.2°C[1] (±0.72°F/0.36°F[1])
  Response time (63%): 2 min
**Output format:**  AiCaP CANbus, RS-232 (Standard version)[2] RS-422 (R-version)[2]
**Output interval:** RS-232/RS-422: 1 sec – 255 min
                     AiCaP: Controlled by SmartGuard
**Supply voltage:** 5 to 14Vdc
**Current drain(@ 9V)[3]:** Maximum:    50 mA
                     Quiescent:  RS-232: 0.25 mA
                                 RS-422: 1.0 mA

**Average (1024 samples, 40seconds tidal average):**

| Output Interval | | 2 sec | 1 min | 10 min | 30 min |
|---|---|---|---|---|---|
| 2 Hz: | AiCaP | 7.9 mA | 4.8 mA | 4.2 mA | 1.6 mA |
| | RS-232 | 19.5 mA | 6.0 mA | 4.7 mA | 1.7 mA |
| | RS-422 | 19.5 mA | 6.0 mA | 5.2 mA | 2.4 mA |
| 4 Hz: | AiCaP | 11.7 mA | 9.3 mA | 4.2 mA | 1.6 mA |
| | RS-232 | 24 mA | 10.5 mA | 4.7 mA | 1.7 mA |
| | RS-422 | 24 mA | 10.5 mA | 5.2 mA | 2.4 mA |

**Operating temp.:**  -5 – +40°C (23 – 104°F)
**Operating depth:**  Within pressure range
**Electrical connection:** 10-pin receptacle mating plug CSP
**Pressure connection:** Swagelok™ 1/8 inch
**Dimensions:**       OD: 36 x 108mm (OD:1.4"x4.3")
**Weight:**           189g (6.67oz)
**Materials:**        Titanium, POM, epoxycoating
[1] Wave and Tide disabled and output interval ≥ 2 seconds
[2] 9600 baud, 8 data bits, 1 stop bit, no parity, Xon/Xoff Flow control
[3] Current drain based on wave enabled, for pressure and tide see D381 and D382

---

**xylem**
Let's Solve Water

Visit our Web site for the latest version
of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D402   January 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT I






# SEAGUARD® O₂
## Oxygen Recorder

*The new Aanderaa SeaGuard O₂ is a robust instrument based on the SeaGuard Platform. It is a self contained instrument for measuring oxygen concentration. The instrument can be used as a platform for additional measurements (like e.g. CTD, current, turbidity, wave and tide).*

### Features of the SeaGuard O₂:
- High Resolution and low drift
- Low maintenance needs
- Optical measurement principle
- Long time stability
- More than one year without recalibration
- Selectable interval from 2 seconds to 2 hours
- SeaGuard Studio vizualisation software
- Smart sensor topology based on a reliable CANbus interface (AiCaP)
- Output parameters: O₂ concentration in mM, the Air Saturation in % and the Temperatur in °C.
- Real-Time XML Output on RS-422(optional)
- For use in sea and fresh water
- Windows CE based datalogger with TFT based colour touch panel for configuration
- 300m/2000m/6000m versions

Since oxygen is involved in most of the biological and chemical processes in aquatic environments, it is the single most important parameter needed to be measured. Oxygen can also be used as a tracer in oceanographic studies. For environmental reasons it is critical to monitor oxygen in areas where the supply of oxygen is limited compared to demand e.g.
- In shallow coastal areas with significant algae blooms.
- In fjords or other areas with limited exchange of water.
- Around fish farms.
- In areas interesting for dumping of mine or dredging waste.

The Aanderaa Oxygen Optodes are based on the ability of selected substances to act as dynamic fluorescence quenchers. The fluorescent indicator is a special platinum porphyrin complex embedded in a gas permeable foil that is exposed to the surrounding water. A black optical isolation coating protects the complex from sunlight and fluorescent particles in the water.

This sensing foil is attached to a sapphire window providing optical access for the measuring system from inside a watertight housing.

The lifetime-based luminescence quenching principle offers the following advantages over electro-chemical sensors:
- Not stirring sensitive (it consumes no oxygen).
- Less affected by fouling.
- Measures absolute oxygen concentrations without repeated calibrations.
- Better long-term stability.
- Less affected by pressure.
- Pressure behaviour is predictable.
- Faster response time.

The output parameters from the SeaGuard O₂ are easily presented in SeaGuard Studio.

The SeaGuard O₂ and the Aanderaa smart sensors are interfaced by means of a reliable CANbus protocol (AiCaP) using XML for plug and play capabilities. The smart sensors can be mounted directly on the top end plate of an Aanderaa SeaGuard and are automatically detected and recognized.

The SeaGuard O₂ can be used with Aanderaa Real-Time Collector for Real-Time data.

| | |
|---|---|
| Top-End Plate: | Multiparameter platform |
| Recording system: | Data Storage on SD card |
| Storage Capacity: | ≤ 4GB |
| Battery: | 2 batteries inside the instrument |
| Alkaline 3988 | 9V, 15Ah (nominal 12.5Ah; 20W) down to 6V at 4°C |
| or Lithium 3908: | 7V, 35Ah |
| Supply voltage: | 6 to 14Vdc |
| Operating temperature: | -5 – +40°C (23 – 104°F) |

Deployment depth:

| | |
|---|---|
| Shallow Water (SW): | 0 - 300m (0 - 984.3ft) |
| Intermediate Water (IW): | 0 - 2000m (0 - 6590ft) |
| Deep Water (DW): | 0 - 6000m (0 - 19690ft) |

Platform Dimensions:

| | | |
|---|---|---|
| Shallow Water (SW): | H: 356mm | OD: 139mm |
| Intermediate Water (IW): | H: 352mm | OD: 140mm |
| Deep Water (DW): | H: 368mm | OD: 143mm |
| Weight: | **In Air** | **In Water** |
| Shallow Water (SW): | 6.0kg | 1.5 kg |
| Intermediate Water (IW): | 12.2kg | 7.3 kg |
| Deep Water (DW): | 13.1kg | 8.5 kg |

External Materials

| | |
|---|---|
| 300m version: | PET, Titanium, Stainless Steel 316 |
| 2000/6000m version: | Titanium, Stainless steel 316, OSNISIL |

| | |
|---|---|
| OXYGEN: | $O_2$-Concentration Air Saturation |
| Measurement Range: | 0 – 500 mM[1] 0 - 150% |
| Resolution: | < 1 mM       0.4 % |
| Accuracy: | < 8 mM or 5%[2]   < 5 %[3] whichever is greater |
| Response Time (63%): | 4330F (with fast response foil) < 8 sec |
| | 4330,4385 (with standard foil) < 25 sec |
| Oxygen parameters: | $O_2$ concentration in mM, the AirSaturation in % |

| | |
|---|---|
| TEMPERATURE: | |
| Range: | -5 to +40°C (23 - 104°F) |
| Resolution: | 0.01°C (0.018°F) |
| Accuracy: | ±0.1°C (0.18°F)[4] |
| Response Time (63%): | 4330,4330F < 2 sec |
| | 4385 < 10 sec |
| Temperature parameter: | Temperature in °C. |

ACCESSORIES

| | |
|---|---|
| included: | SeaGuard Studio |
| | SD card: 2 GB |
| | 1 Alkaline battery 3988 |
| | Documentation on CD |
| | Carrying handle 4132 |
| not included: | Electrical terminal w/Subconn 4784 |
| | In-line mooring frame 4044, 3824A |
| | Bottom mooring frame 3448 |
| | Internal Lithium battery 3908 |
| | Internal Alkaline battery 3988 |
| | Internal battery shell 4513 |
| | Maintenance kit 3813 |
| | Tools kit 3986A |
| | Real-Time Collector 4715 and license |
| | Offline configuration software 4811 |
| | Conductivity sensor 4319, refer D369 |
| | Temperature sensor 4880, refer D391 |
| | Turbidity sensor 4112 (analog), refer D377 for current measurements, refer SeaGuard RCM (D368) |

[1] $O_2$ concentration in μM = μmol/l. To obtain mg/l, divide by 31.25
[2] requires salinity compensation for salinity variation < 1 psu
[3] within calibrated range 0 - 120%
[4] within calibrated range 0 - 36°C

*Specifications subject to change without prior notice.*

# Aanderaa Real-Time

The data message from the instrument is in XML format. A user application can access the Aanderaa Real-Time Collector over the Internet or intranet. Each user application will experience an individual connection to the instrument data due to a queue management system in the collector. One license per SeaGuard instrument serves multiple user applications, including Aanderaa Real-Time Collector, Aanderaa Real-Time Viewer, style sheets and example application (refer B163).

# Offline Configuration

The SeaGuard Offline Configuration is a PC application used to create and modify configuration files for the SeaGuard. The configuration files can be imported to one or multiple SeaGuard instruments using a compatible memory card (SD card).(refer TD 275).



Let's Solve Water

Visit our Web site for the latest version
of this document and more information
**www.aanderaa.com**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D394   December 2012

Aanderaa Data Instruments AS
Sanddalsringen 5b, Postboks 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT J





## SEAGUARD® Recording Current Meter

*The SeaGuard RCM series is based on the SeaGuard data logger platform and the ZPulse Doppler Current Sensor. Modern computer technology combined with advanced digital signal processing provides accurate and detailed measurements with almost unlimited resolution. Optional parameters are available through a wide range of smart sensors that include temperature, pressure, conductivity, oxygen, wave and tide. The SeaGuard RCM series come in 300m, 3000m and 6000m depth ranges. 7000m and 10000m versions available on request.*

### Advantages:

- *Large storage capacity on SD card*
- *Broadband ZPulse multi-frequency technology reduces power consumption and improves quality*
- *Down to 2 second recording interval*
- *Low current drain*
- *Smart sensor topology based on a reliable semi-high speed CANbus interface (AiCaP)*
- *Up to 4 Analog sensor input (0-5V)*
- *Windows CE based datalogger with TFT based color touch panel for local configuration*
- *SeaGuard Studio visualization software*
- *For use in sea and fresh water*
- *Real-Time XML Output (optional)*

The SeaGuard RCM series replaces the industry standard RCM 9 and RCM 11 series. It has been completely redesigned from bottom up and employs modern technology in the datalogger section and in the different sensor solutions.

The SeaGuard architecture is based on a general data logger unit and a set of autonomous smart sensors. The data logger and the smart sensors are interfaced by means of a reliable CANbus interface(AiCaP), using XML for plug and play capabilities. During power-up, each of the sensors that are connected to the bus will report their capabilities and specifications to the data logger. The data logger then assembles the information and provides the user with the possibility to configure the instrument based on the present nodes. The solution provides for great flexibility in both use and design of the different elements within the system.

The autonomous sensor topology also gives the sensor designer flexibility and opportunities where each sensor type may be optimized with regard to its operation, each sensor may now provide several parameters without increasing the total system load. Data storage takes place on a Secure Digital (SD) card. The current capacity for this card type is up to 2GBytes, is more than adequate

for most applications.The SeaGuard also has a built-in power calculator which gives an etsimated deployment lenght bases on selected interval, battery type and current drain information, obtained from each smart sensor.

The SeaGuard RCM comes standard with the ZPulse multi-frequency Doppler current sensor. The current sensor comprises acoustic pulses of several frequency components to lower the statistical variance in the Doppler shift estimate. The advantage of this is reduced statistical error with fewer pings, providing increased sampling speed and lower power consumption.

The Doppler Current Sensor also incorporates a robust fully electronic compass and a tilt sensor. The SeaGuard RCM may also be delivered with new smart sensor solutions for Temperature, Pressure, Conductivity and Oxygen. All sensors have increased resolution compared with the older models. The temperature sensor also has decreased settling time to utilize the increased sampling speed provided by the SeaGuard platform. There is also an analog Turbidity Sensor available for direct connection on the top end plate.

# Specifications

Top-end Plate capability: Up to 6 sensors can be fitted onto the Top-end Plate, of which 4 can be analog sensors (0-5V)

Recording System: Data Storage on SD card
Storage Capacity: ≥ 2GB
Battery:
 Alkaline 3988: 9V, 15Ah (nominal 12.5Ah; 20W down to 6V at 4°C)
 or Lithium 3908: 7V, 35Ah
Recording Interval: From 2s, depending on the node configuration for each instrument
Recording settings: Fixed interval settings or Customized Sequence setting
Protocol: AiCaP CANbus based protocol
Depth Capacity: 300m/3000m/6000m, 7000m and 10000m on request

Platform Dimensions:
 300m version (SW): H: 356mm  OD: 139mm
 2000m version (IW): H: 352mm  OD: 140mm
 6000m version (DW): H: 368mm  OD: 143mm
External Materials:
 300m version: PET, Titanium, Stainless Steel 316, Durotong DT322 polyurethane
 3000/6000m version: Titanium, Stainless steel 316, Durotong DT322 polyurethane

| Weight: | In Air | In Water |
|---|---|---|
| 300m version (SW): | 7.6 kg | 2.0 kg |
| 2000m version (IW): | 11.5 kg | 5.2 kg |
| 6000m version (DW): | 12.4 kg | 7.2 kg |

Supply Voltage: 6- 14 Volts
Operating Temperature: -5 to +50°C


## ZPulse Doppler Current Sensor (DCS) Specifications
Current Speed: (Vector averaged)
 Range: 0-300 cm/s, higher range on request
 Resolution: 0.1 mm/s
 Mean Accuracy: ± 0.15 cm/s
 Relative: ± 1% of reading
 Statistic variance (std): 0.3 cm/s (ZPulse mode), 0.45 cm/s [1]
Current Direction:
 Range: 0 – 360° magnetic
 Resolution: 0.01°
 Accuracy: ±2°
Tilt Circuitry:
 Range: 0-90°
 Resolution: 0.01°
 Accuracy: ±1.5°[2]
Acoustics:
 Frequency: 1.9 to 2.0 MHz
 Power: 25 Watts in 1ms pulses
 Beam angle (main lobe): 2°
Installation distance:
 From surface: 0.75m
 From bottom: 0.5m
Accessories Included: SeaGuard Studio
 SD card: 2 GB
 Alkaline Battery 3988
 Documentation on CD
 Carry handle 4132
Optional Accessories: Carry handle 4032,3965
Mooring frame: In-line 4044[3]/3824A[3]
 Clamp on frame

Bottom 3448R
 Protecting Rods 3783
 Sub-surface floats 2211,2212
Battery/Power: Internal Lithium 3908
 Internal Alkaline 3988
 Internal Battery Shell 4513
 Electrical terminal 4784C
 AC/DC adapter, lab. use 4908
Other: Real Time licence and collector
 Offline Configuration 4811
 Analog cable/license 4564/4802
 Maintenance Kit 3813/3813A
 Tools kit 3986A
 Vane Plate 3781,3681
 Hardcopy Documentation

Optional Sensors:
Temperature Sensor 4060
 Range: -4-36°C (32-96.8°F)[4]
 Resolution: 0.001°C (0.0018°F)
 Accuracy: ±0.03°C (0.054°F)
 Response Time 63%: < 2 seconds
Conductivity Sensor 4319
 Range: 0-7.5 S/m
 Resolution: 0.0002 S/m
 Accuracy
 4319 A: ±0.005 S/m
 4319 B: ±0.0018 S/m
 Response Time: <3s[5]
Wave and Tide Sensor 5217/5218
 Tide: Range: 0-60MPa (0-8700psia)
  wave max: 1000kPa (145psia)
  Resolution : <0,0001% FSO
  Accuracy: ±0,02% FSO
 Wave: Sampling rate: 2Hz, 4Hz
  No. of samples: 256, 512, 1024, 2048
Pressure Sensor 4117
 Resolution: <0.0001% FSO
 Accuracy: ±0.02° FSO
 4117A Range: 0 – 1000kPa (0 – 145 psia)[6]
 4117B Range: 0 – 4000kPa (0 – 580 psia)
 4117C Range: 0 – 10000kPa (0 – 1450 psia)[6]
 4117D Range: 0 – 20000kPa (0 – 2900 psia)
 4117E Range: 0 – 40000kPa (0 – 5800 psia)[6]
 4117F Range: 0 – 60000kPa (0 – 8700 psia)
Turbidity Sensor 4112: 0-5V Analog Output
 4112 Range: 0-25 FTU
 4112A Range: 0-125 FTU
 4112B Range: 0-500 FTU
 4112C Range: 0-2000 FTU[7]
Oxygen Optode 4835/4330:

| | $O_2$-Concentration | Air Saturation |
|---|---|---|
| Measurement Range: | 0 – 500 mM | 0 - 150% |
| Resolution: | < 1 mM | 0.4 % |
| Accuracy: | <8 mM or 5%[8] whichever is greater | <5 %[9] |

 Response Time (63%): 4330F (with fast response foil) <8 sec
  4835/4330 (with standard foil) <25 sec

[1] Based on 300 pings
[2] Calibrated range 0-35°
[3] Breaking strength 4044: 800 kg, 3824A: 8000kg
[4] Extended range available on request.
[5] Dependent on flow through cell bore
[6] Available on request
[7] Sensor is non-linear above 750 FTU
[8] Requires salinity compensation for salinity < 1mS/cm
[9] Within calibrated range 0-120%

D368 - Feb 2014

# Illustrations and Descriptions

The ZPulse Doppler Current Sensor (DCS) is the standard sensor on the SeaGuard RCM. The sensor outputs Absolute Current Speed and Direction, Speed in east and north direction, Ping count, and extensive readout of quality control parameters such as Single-ping Standard deviation, Heading, Tilt in X- and Y-direction, and Signal Strength.

The SeaGuard RCM utilizes the wellknown Doppler Shift principle as basis for its measurements.



Four transducers transmit short pulses (pings) of acoustic energy along narrow beams (600, 300, 150, or 50 pings in each recording interval). The same transducers receive backscattered signals from scatters that are present in the beams, which are used for calculation of the current speed and direction.

The scattering particles are normally plankton, gas bubbles, organisms and particles stemming from man-made activity.

To minimize the effect of marine fouling and local turbulence, the ZPulse DCS starts measuring the horizontal current in an area of 0.4 to 1.0 meter from the instrument, see figure above.



Fastening Knob

ZPulse DCS 4520

Handle

Optional Sensors

C-Clamp with screw

Mooring Frame 4044

Pressure Case

Zink Anode

The SeaGuard RCM has been tested together with a RCM 9 to compare the measurement results. The deployment was performed during a weekend in a fjord outside Bergen. The graph below shows the absolute speed of both instruments. The pink graph represents the SeaGuard RCM, while the blue represents the RCM 9. In this test the SeaGuard was set to transmit 150 ping during each recording interval, while the RCM 9 was set to transmit 300 ping. Although the SeaGuard only transmitted half as many pings compared to the RCM 9, the two instruments gave very similar results. Lower ping count reduces power consumption.



Comparision between data measured by a SeaGuard RCM (pink) and a RCM 9 (blue). The graph is showing absolute speed measured in a fjord outside Bergen, Norway.

**Note!**
If application requires breaking strength of more than 800 kg, mount the SeaGuard RCM in an in-line mooring frame 3824A. Remember to change the handles.

# Applications



The most common way to use the SeaGuard RCM is in an in-line mooring configuration. As it operates under a tilt up to 35° from vertical, it has a variety of in-line mooring applications by use of surface buoy or sub surface buoy. The instrument is installed in a mooring frame that allows easy installation and removal of the instrument without disassembly of the mooring line.

Drop line is conveniently done due to its compact design, low drag force and easy handling. The instrument can be lowered into the sea from a small boat using a simple winch.

Data can be stored internally and read after retrieval. SeaGuard RCM can also be used in a bottom frame mooring (non-magnetic).

## SEAGUARD Studio
- Import deployment data collected by the SeaGuard RCM from a SD card.
- Display configuration setting used in the depoyment.
- Display listed data.
- Possible to show data from several instruments at the same time for comparative studies.
- Export data to Matlab.
- Export data to ASCII text files.
- Print or export graphs in different formats.
- Copy graphs to the clipboard for inclusion into other programs such as Word, Excel or similar.
- Save edited sessions.
- Calculate virtual parameters.





Example of SeaGuard Studio presenting absolute speed data measured with a SeaGuard RCM.

## Aanderaa Real Time
The data message from the instrument is in XML format. A user application can access the Aanderaa Real-Time Collector over the Internet or Intranet. Each user application will experience an individual connection to the instrument data due to a queue management system in the collector. One license per SeaGuard instrument serves multiple user applications. Including Aanderaa Real-Time Collector, Aanderaa Real-Time Viewer, Style Sheets and example application (See B163)



Let's Solve Water

Visit our Web site for the latest version of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D368   February 2014

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT K



# SMARTGUARD

*is the next generation sensor and instrument HUB for ocean, lake, reservoir, estuary and river hydrometric stations.*

*Monitoring water and weather conditions is essential in many operations and the SmartGuard node is well suited for stand-alone stations powered by battery and solar power utilizing wireless real-time data communication.*

*Designed for ease of integration of new and existing sensor technologies into a single Aanderaa observatory node with modern self-describing XML data output formats.*

*SmartGuard interfaces with all Aanderaa atmospheric and in water sensors, along with most 3rd party sensors.*

## SMARTGUARD advantages:

- Great flexibility: Basic extended full versions handle air and water sensors
- Flexible easy configuration and setup using PC software
- Fully integrated with Aanderaa real-time system
- Full AiCaP Bus compatibility, including 150m string with up to 25 sensors
- Plug-n-play Aanderaa Smart sensor interfaces: O2, conductivity, temperature, pressure, water level, tide and current
- Aanderaa SR10 and VR22 meteorological sensor interfaces: wind speed and direction, temperature, RH, visibility, air pressure and more
- Interfaces for most 3rd party RS-232/RS-422 sensors, analog sensors, digital sensors
- XML data records with complete metadata; traceable and with status info on individual parameters
- Large onboard data storage capacity on a removable SD memory card
- External power supply 12- 30V internally regulated
- Up to 6 double ended analog sensor input (0-5V, 24 bit)
- Individual power control for attached sensors
- Low power consumption
- RS-232 communication port with controlled power supply for communication equipment
- Easy readable display and 6 key operator panel

AWS - Atmospheric Parameters:
• Wind Speed/Gust 2740
• Wind Direction 3590
• Air Temperature 345SA
• Air Pressure 2810
• Visibility 3544

RDCP 600 Oceanographic Parameters:
• Vertical & horizontal Current Speed & Direction
• Water Temperature and Water Level
• Oxygen
• Turbidity
• Conductivity
• Wave Parameters
      Significant Wave Height
      Maximum Wave Height
      Mean Zero Crossing
• Signal Strength
• Standard Deviation
• Tilt, Roll and Pitch

75 meters

Cable: 90 meters

## SMARTGUARD versions:
Basic, Basic w/SR10, Extended, Extended w/SR10

## SMARTGUARD capabilities:
• Up to 25 Aanderaa Smart sensors (AiCaP nodes) can be connected on an up to 150m string
• Up to 10 Aanderaa SR10/VR22 sensors (AADI Met and Full)
• RS-232/RS-422 for 3rd party serial sensors. Individual power control. Basic and Aanderaa Met: 1 (Extended and Full: 5)
• Analog input, 0-5V, differential, 24 bits. Basic and Aanderaa Met: 3 (Extended and Full: 6)
• Digital input, 1 Opto-isolated, 500 Hz, 1 non isolated, 0/10V, 5 kHz. Basic and AADI Met.:1 (Extended and Full: 2)
• Digital output: 2X 0/10V. Basic and AADI Met.:1 (Extended and Full: 2)
• RS-232 communication channel for modem and direct cable. Direct cable also RS-422
• USB for local PC operation
• LAN for remote operation and networking (socket)

## Recording system:
• Multiple sensor groups with individual recording interval and activation
• Recording interval from 2s to 3 hrs. depending on attached sensors
• Data storage on SD card
• Binary format

## Real-time communication:
• Aanderaa real-time protocols, XML
• Condensed and compressed for limited bandwidth
• Retransmission for noisy channels

## Available telemetry options:
• LAN, Radio modem, GPRS, GOES, Iridium

## Remote operation:
• Aanderaa real-time operator panel

• Device layout (adaptation to attached sensors etc.)
• Configuration
• Recording start/stop
• Status monitoring

## Storage:
• ≤ 2GB
• Remote downloadable
• Exchangeable

## Clock:
• ≤12s per month over temperature range

## Power:
• 12 – 30V
• Sleep current < 1mA @12V
• Operating current <20mA @12V; depending on layout and configuration

## Housing:
• 320x217x70mm
• Rugged aluminium box
• IP 65
• Designed for high EMC compliance

## Operating temperature: -40 to +60˚C

## Optional Aanderaa sensors sub sea:
• Temperature 4060, 4880
• Conductivity 4319A/B
• Wave and Tide 4648, 4647A/B/C
• Pressure 4117, 4646A/B/C
• Turbidity 4112
• Oxygen Optode 4835/4330
• Doppler Current 4420, 4520

## Optional Aanderaa sensors air:
• Wind Speed and Gust 2740
• Wind Direction 3590
• Air Temperature 3455
• Air Pressure 2810
• Solar Radiation 2770
• Radiation 2811
• Mira Visibility 3544
• Relative Humidity 3445
• Rainfall 3864
• Temperature 3444
• Road Condition 3565
• Road Temperature 3304

## Enclosure and Mast hardware:
• Sensor Cross Arm 3415/3435
• Free standing base cabinet and 4m mast – 10m mast with guy wire and hand winch

## Accessories included:
• Aanderaa Real-Time Collector, including operator panel and data viewer
• Aanderaa Data° Studio software
• SD card: 2 GB
• Documentation on CD



Let's Solve Water

Visit our Web site for the latest version of this document and more information
**www.aanderaa.com**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D401   November 2012

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT L





# SEAGUARD® String system

*The Aanderaa SeaGuard String System is a complete and flexible subsea observatory, for measurements of e.g. dissolved oxygen, conductivity, temperature, current, pressure and tide etc.*

## SeaGuard String Logger

*The Aanderaa SeaGuard String Logger is the basic module of the SeaGuard String System. The SeaGuard String Logger is capable of handling a large number of sensors. Data stored on internal SD-card or Real-time via cable.*

## SeaGuard Sensor String

*The new Aanderaa SeaGuard Sensor String is designed to be connected to the SeaGuard String logger. The SeaGuard String System can hold up to 25 AiCaP Sensors. Real-time communication and control is available using the Aanderaa Real-Time Collector.*

## Advantages:

- Great flexibility: data registration from up to 25 nodes
- Customer specified outlet positions
- Protective fastening fixture with hydrodynamic design
- Each outlet position can hold 2 sensors inside
- Optional, sensors can be connected on fly leads (up to 3m) with or without underwater mateable electrical connectors
- Up to 300m cable length
- Low maintenance
- Extended RAM for large number of nodes
- Large storage capacity on an SD card
- Real-Time XML Output RS-422 (optional)
- Short recording interval
- Plug and play sensor configuration
- AiCaP communication bus for automatic detection and recognition of sensors at power up
- Windows CE interface, display in colours
- SeaGuard Studio visualization software
- 300m/2000m/6000m version
- External power supply 12 - 30V internally regulated
- Up to 4 Analog sensor input (0-5V) (optional)
- For use in sea and fresh water

# SEAGUARD® String system

The SeaGuard Sensor String is designed to be connected to the SeaGuard String Logger. The string system can hold up to 25 AiCaP sensors. The design of the cable ends enables easy extention of the cable or creation of suitable cable subsections; the maximum cable length is 300m. The positions of the string outlets are customer specified.

The SeaGuard Sensor String offers a highly flexible configuration making the system a perfect tool for measurements of e.g. dissolved oxygen, conductivity, temperature, pressure and tide etc. A typical application is monitoring of a water column. The fly lead option is suitable for measurements in biological sensitive areas, e.g. coral reefs.

Sensors and SeaGuard string mounted onto the Top-end Plate are connected to a hub underneath the Top-end Plate: simply plug the sensor/string onto the Top-end Plate, fasten a set screw, start the instrument, and all sensors are automatically detected and recognized.

The SeaGuard String Logger and the Aanderaa smart sensors are interfaced by means of a reliable CANbus protocol (AiCaP) using XML for plug and play capabilities. During power-up, each of the sensors that are connected to the bus will report their capabilities and specifications to the string logger. The string logger then assembles the information and provides the user with the possibility to configure the instrument based on the present nodes. The solution provides for great flexibility in both use and design of the different elements within the system.



*String Logger with 300 meter pressure case*



*String outlet fastening fixture with sensors*

SeaGuard String Logger is a self recording instrument with data storage on an SD card. The current capacity for this card type is up to 4GB, more than adequate for most applications. The instrument is delivered with pressure case, in either 300, 2000 or 6000 meter version. The SeaGuard String System can be used with Aanderaa Real-Time Collector for real-time data and real-time communication with the string logger.

The output parameters are readable in engineering units; the parameters are easily presented in the post processing software, SeaGuard Studio. Each sensor connected to the string can be tagged with e.g. the depth position for easy recognition of correct parameter.

The Top-end Plate of the SeaGuard String Logger can hold 6 sensors; 4 of which can be analog (0 - 5V) sensors. The SeaGuard String Logger has 2 battery compartments for long deployment time; the AiCaP CANbus based protocol ensures low power drain.

The autonomous sensor topology also gives the sensor designer flexibility and opportunities where each sensor type may be optimized with regard to its operation, each sensor may now provide several parameters without increasing the total system load.

The SeaGuard String Logger can be configured to suit your requirements and applications.

The SeaGuard String System can be deployed in an in-line string mooring, fixed bottom frame mooring, buoy deployment, long term/short term deployment.

# Specifications

**String logger capability:** Up to 25 nodes can be connected to the String Logger

**Sensor node capability[1]:** Up to 6 sensors can be mounted onto the Top-end Plate, of which 4 can be analog sensors (0-5V), and 1 can be a SeaGuard String (max 300m)

**Outlet capacity:** 2 sensors per outlet. Single sensor option available on request.

**Outlet position:** Customised (on the cable)

**Sensor protocol:** AiCaP CANbus based protocol

**Serial communication:** RS-422

**Outlet dimensions:** 344x150mm (LxW)

**Cable length:** Maximum 300m

**Cable breaking strength:** Maximum 2300kg

**Cable capacity:** Maximum 20 AiCaP sensors including DCS and other sensors on the Top-end Plate

**Recording system:** Datastorage on SD card

**Storage capacity:** ≤ 2GB

**Battery:** 2 batteries inside the instrument

　　Alkaline 3988: 9V, 15Ah (nominal 12.5Ah; 20W down to 6V at 4°C)

　　or Lithium 3908: 7V, 35Ah

**External battery:** 7-14 V. Diode protection required unconditionally when using an external battery. Internal power boost.

**External power[2]:** 12 - 30V, 2A (depends on supply cable). External power through string or separate cable. Internal power boost.

**Recording interval:** From 2 sec, depending on the node configuration for each instrument

**Recording settings:** Fixed interval settings or customized sequence setting

**Operating temperature:** -5 – +40°C (23 – 104°F)

**Depth capacity:** 300m/2000m/6000m

**String Logger dimensions:**

　　300m version (SW): H: 356mm  OD: 139mm

　　2000m version (IW): H: 352mm  OD: 140mm

　　6000m version (DW): H: 368mm  OD: 143mm

**External materials:**

　　300m version: PET, Titanium, Stainless Steel 316

　　2000m/6000m version: Stainless steel 316, Titanium, OSNISIL,

**Fastening fixture material:** PA66

**Optional sensor connections:** Up to 3m fly leads In-line underwater mateable connector on fly leads

[1] The total number of sensors depends on type of sensor
[2] External Power is required in applications with long deployment time and/or long string length

*Specifications subject to change without prior notice.*

| Weight: | in air | in water |
|---|---|---|
| 300m version (SW): | 5.9kg | 1.5kg |
| 2000m version (IW): | 11.8kg | 7.1kg |
| 6000m version (DW): | 12.7kg | 8.3kg |
| Cable weight in air: | ~40kg per 100m cable | |
| Outlet weight in air: | <1kg ex sensors | |



*Outlet fastening fixture*
85mm
344mm
150mm

**Accessories included:**

　SeaGuard Studio
　SD card: 2 GB
　Alkaline battery 3988
　Documentation on CD

**Optional accessories:**

　Carrying handle 4132,4032,3965
　SD card with capacity up to 4GB
　AC/DC adapter 4908 for lab use
　Real-time licence and collector 4715
　Offline Configuration 4811
　In-line mooring frame 4044/ 3824A,
　Protecting rods 3783
　Bottom mooring frame 3448R
　Internal Lithium battery 3908
　Internal Alkaline battery 3988
　Internal battery shell 4513
　Maintenance kit 3813/3813A
　Tools kit 3986A
　Conductivity sensor 4319, refer D369
　Temperature sensor 4060, refer D363
　Temperature sensor 4880, refer D391
　Pressure sensor 4117, refer D362
　Oxygen optode 4330, refer D378
　Turbidity 4112 (analog), refer 377
　Electrical terminal for cable connection
　Real-time cables 4902/4901
　Analog cable/license 4564/4802
　SeaGuard end cable 4784
　AiCaP connection cable 9634
　SeaGuard end cable 9635

for optional cables refer www.aanderaa.com
SeaGuard product tag
for current measurements, refer
SeaGuard RCM (D368)
for wave and tide measurements, refer
SeaGuard WTR (D386)

# SEAGUARD® String system

CT
String

Temperature -
Oxygen String

## Aanderaa Real-time

The data message from the instrument is in XML format. A user application can access the Aanderaa Real-Time Collector over the Internet or intranet. Each user application will experience an individual connection to the instrument data due to a queue management system in the collector. One license per SeaGuard instrument serves multiple user applications. Including Aanderaa Real-Time Collector, Aanderaa Real-Time Viewer, Style Sheets and example application. (Refer B163)



*Available sensors for
string or Top-end Plate*

*Examples of string configurations.*
*Leftmost:*
*String below instrument with conductivity and temperature sensors monitoring the water column.*
*Rightmost:*
*String above instrument with temperature and oxygen sensors.*
*Note! The platform can also be equipped with optional sensors.*



Let's Solve Water

Visit our Web site for the latest version
of this document and more information
**www.aanderaa.com**

Aanderaa Data Instruments AS
Sanddalsringen 5b, Postboks 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D388   November 2012

# ATTACHMENT M





# Pressure Sensor 4117

is a compact fully integrated sensor for measuring the pressure level and the water temperature. The sensor is designed to be mounted on the Aanderaa SeaGuard platform or connected to SmartGuard using AiCaP CANbus or as stand alone sensor using RS-232. The sensor is easily integrated in other measurement systems with dataloggers.

## Advantages:
• Smart Sensor technology - plug and play
• Calibration coefficients are stored in the sensor
• Low maintenance needs
• Low current drain
• Depth rating of 6000 meters
• Direct readout of engineering data
• Output parameters: Pressure, Temperature
• Selectable interval from 1 second to 255 minutes
• Use with Aanderaa loggers
• Use as stand-alone sensor
• Output formats: AiCaP CANbus, RS-232
• Up to 60MPa range

In most measuring systems used in the sea, pressure is a vital parameter. For moored instruments the pressure can be used for determining the actual depth of the instrument. For instrumentation on the seabed the pressure can be used for deriving water level. The pressure is also vital when deriving other parameters as density and speed of sound.

The Pressure Sensor 4117 is a compact yet intelligent sensor designed to be used on the AADI SEAGUARD® as well as in other measuring systems. The sensor is based on a silicon piezo-resistive bridge sampled and temperature compensated by an advanced Digital Signal Processor. The sensor is housed in a rugged titanium cylinder.

Since all calibration and temperature compensation data are stored inside the sensor, the pressure is by default presented directly in engineering units without any external calculation. Raw data can be selected as additional output. Two parameters are available; Pressure and Temperature.

The SEAGUARD® and the Smart Sensors are interfaced by means of a reliable CANbus interface using an XML based protocol (AiCaP).

The Smart Sensors can be mounted directly on the top-end plate of the AADI SEAGUARD® and are automatically detected and recognized.

The output parameters from the SEAGUARD® applications are easily presented in SEAGUARD Studio.

The 10-pin receptacle in the sensor foot mates with AADI CSP (Cylindrical Sealing plug), giving access to RS-232 output. For connection to a PC the Sensor Cable 4865 can be used. It is furnished with RS-232 plug and a watertight 10-pin plug. An additional USB plug is used for providing power.

The pressure sensor can be used as stand-alone sensor with AADI Real-Time Collector for real-time data.

# Specifications



62mm

24mm

- Swagelok Nut
- Cover
- Fenwall Thermistor
- O-ring 27x2
- Transducer Board
- Sensor Foot
- DSP Board
- Silica Gel
- Interface Board
- Insert Housing
- O-ring 12.1x1.6
- O-ring 13.1x1.6
- Lemo Insert Ø 16mm
- M16x1mm Nut

36mm

**PIN CONFIGURATION**
Receptacle, exterior view;    pin = • bushing = ∘

| | | |
|---|---|---|
| CAN_H | 4 — 5 | NCE |
| NCG | 3 — 6 | BOOT_EN |
| NCR | 9 — 10 | CAN_L |
| Gnd | 2 — 7 | RS-232 RXD |
| Positive supply | 1 — 8 | RS-232 TXD |

Note!  If deployed at higher pressure than the range of the pressure sensor, the pressure port must be closed by use of the Swagelok plug SS-200-P (stock no. 840017).

**Pressure:**

| | |
|---|---|
| 4117A Range: | 0 – 1000kPa (0 – 145 psia)[1],[2] |
| 4117B Range: | 0 – 4000kPa (0 – 580 psia)[2] |
| 4117C Range: | 0 – 10000kPa (0 – 1450 psia)[1],[2] |
| 4117D Range: | 0 – 20000kPa (0 – 2900 psia)[2] |
| 4117E Range: | 0 – 40000kPa (0 – 5800 psia)[1],[2] |
| 4117F Range: | 0 – 60000kPa (0 –8700 psia)[2] |
| Resolution: | <0.0001% FSO |
| Accuracy: | ±0.02% FSO standard<br>±0.01% FSO* on request<br>(*Requires enhanced calibration, additional fee apply) |

**Temperature:**

| | |
|---|---|
| Range: | 0 – 36°C (32 – 96.8°F) |
| Resolution: | <0.001°C (0.0018°F) |
| Accuracy: | ±0.1°C (0.18°F) |
| Response Time (63%): | <10 seconds |
| Output format: | AiCaP CANbus, ASCII RS-232[3] |
| Sampling interval: | RS-232: 1s – 255 minutes<br>AiCaP: Controlled by Seaguard |
| Supply voltage: | 6 to 14VDC |

**Current drain(@ 9V):**

| | |
|---|---|
| Average(RS-232): | 14mA/S +0.25mA where S is sampling interval in seconds |
| Maximum(RS-232): | 50 mA |
| Quiescent: | 0.25 mA |
| Operating temperature: | -5 – +40°C (23 – 104°F) |
| Electrical connection: | 10-pin receptacle mating plug CSP |
| Pressure connection: | Swagelok™ 1/8 inch |
| Dimensions: | OD: 36 x 86mm (OD:1.4"x3.4") |
| Weight: | 160g (5.47oz) |
| Materials: | Titanium and Epoxy coating |

**ACCESSORIES**

| | |
|---|---|
| included: | 840017 Swagelok plug SS-200-P |
| not included: | RS-232 Sensor Cable 4762[4]/4865[5] |

[1] Available on request
[2] Pressure conversion: 1000kPa = 100m depth
[3] 9600 baud, 8 data bits, 1 stop bit, no parity, Xon/Xoff  Handshake
[4] CSP Cable with free end for real-time data
[5] CSP Cable to PC with 9pin D-sub for real-time data

*The above specifications are for the stand-alone sensor only, not the installation it is utilized with.*
*Specifications subject to change without prior notice.*



Let's Solve Water

Visit our Web site for the latest version of this document and more information
**www.aanderaa.com**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D362   January 2015

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT N





# Oxygen Optode 4330/4330F

*is a compact fully integrated sensor for measuring the O$_2$-concentration.*
*Fast Response Foil (4330F, refer overleaf)*

## Advantages:

- Optical measurement principle
- Lifetime-based luminescence quenching principle
- Long time stability
- More than one year without recalibration
- Low maintenance needs
- User friendly
- Use with Aanderaa SEAGUARD® Platform
- Automatically detected and recognized
- Use as stand-alone sensor
- Output format: CANbus AiCaP, RS232
- Three depth ranges, maximum 6000 meters

Since oxygen is involved in most of the biological and chemical processes in aquatic environments, it is one of the most important parameters needed to be measured. Oxygen can also be used as a tracer in oceanographic studies. For environmental reasons it is critical to monitor oxygen in areas where the supply of oxygen is limited compared to demand, e.g.

- In shallow coastal areas with significant algae blooms
- In fjords or other areas with limited exchange of water
- Around fish farms
- Areas of interest for dumping of mine or dredging waste

The Aanderaa oxygen optodes are based on the ability of selected substances to act as dynamic fluorescence quenchers. The fluorescent indicator is a special platinum-porphyrin complex embedded in a gas permeable foil that is exposed to the surrounding water. For the standard version 4330 a black optical isolation coating protects the complex from sunlight and fluorescent particles in the water. This sensing foil is attached to a sapphire window providing optical access for the measuring system from inside a watertight housing.

The lifetime-based luminescence quenching principle offers the following advantages over electro-chemical sensors:

- Not stirring sensitive (it consumes no oxygen)
- Less affected by fouling
- Measures absolute oxygen concentration without repeated calibrations
- Better long-term stability
- Less affected by pressure
- Pressure behaviour is predictable
- Faster response time

The oxygen optode outputs data in AiCaP CANbus and RS-232. The sensor can present the O$_2$ concentration in μM, the air saturation in % and the temperature in °C.

The SEAGUARD® datalogger and the Smart Sensor are interfaced by means of a reliable CANbus interface (AiCaP), using XML for plug and play capabilities.

D378 - Dec 2012



Securing plate
Sapphire window
Thermistor
Securing plate
Blue excitation LED
Analog board
62mm
Digital board
Interface board
Orientation pin
O-ring 13.1 x 1.6
24mm
Sensor foot
10-pin insert
Ø 36mm

## PIN CONFIGURATION

Receptacle, exterior view; pin = ● bushing = ○

| | | |
|---|---|---|
| CAN_H | 4 — 5 | NCE |
| NCG | 3 — 6 | Do not use |
| NCR | 9 — 10 | CAN_L |
| Gnd | 2 — 7 | RS232 RXD |
| Positive supply | 1 — 8 | RS232 TXD |

| Cable from sensor to: | Cable |
|---|---|
| PC with waterproof CSP (Cylindrical Sealing Plug), RS-232 | 4865 |
| Seaguard as sixth sensor on top-end plate | 4999 |
| Seaguard with waterproof top end plate connection | 4793 |
| User furnished datalogger, CSP to free end | 4762 |

## Operating Principle

The sensing foil is excited by modulated blue light; the sensor measures the phase of the returned red light. For improved stability the optode also performes a reference phase reading by use of a red LED that do not produce fluorescence in the foil. The sensor has an incorporated temperature thermistor which enables linearization and temperature compensation of the phase measurements to provide the absolute $O^2$-concentration.

## Sensing Foil Considerations

The standard sensing foil is protected by an optical isolation layer which makes the foil extra rugged and insensitive to direct sunlight. The fast response sensing foil is not equipped with this layer; ambient light intensity higher than 15000 lux may cause erroneous readings. To avoid potential bleaching the fast response foil should be protected from ambient light when storing the sensor. We recommend the standard foil in applications where fast response time is not needed.

| | | |
|---|---|---|
| Oxygen: | $O_2$-Concentration | Air Saturation |
| Measurement Range: | 0 – 500 µM [1] | 0 - 150% |
| Resolution: | < 1 µM | 0.4 % [3] |
| Accuracy: | <8 µM or 5% [2] whichever is greater | <5 % |
| Response Time (63%): | 4330F (with fast response foil) <8 sec | |
| | 4330 (with standard foil) <25 sec | |

| | |
|---|---|
| Temperature: | |
| Range: | -5 to +40°C (23 - 104°F) |
| Resolution: | 0.01°C (0.018°F) |
| Accuracy: | ±0.03°C (0.18°F) [4] |
| Response Time (63%): | <2 sec |
| Output format: | AiCaP CANbus, RS-232 |
| Output Parameters: | $O_2$-Concentration in µM, air saturation in %, temperature in °C, oxygen raw data and temperature raw data |
| | |
| Sampling interval: | 2 sec – 255 min |
| Supply voltage: | 5 to 14 Vdc |
| Current drain: | |
| Average: | 0.16 +48 mA/S where S is sampling interval in seconds |
| Maximum: | 100 mA |
| Quiescent: | 0.16 mA |
| Operating depth: | SW: 0-300m (0-984ft) |
| | IW: 0-2000m (0-6,560ft) |
| | DW: 0-6000m (0-19,690ft) |
| | |
| Elec. connection: | 10-pin receptacle mating plug CSP |
| Dimensions (WxDxH): | Ø36 x 86 mm (Ø1.4"x 3.4") |
| Weight: | 175g (6.17oz) |
| Materials: | Epoxy coated Titanium, PA |
| Accessories: | Foil Service Kit 4733(standard)/ |
| (not included): | 4794(fast) |
| | AiCap extension cable with CSP 4793 |
| | CSP to Free End Cable 4762 |
| | CSP to PC Cable 4865 |
| | Setup and Config Cable 3855[5]/3855A[5] |

[1] $O_2$ concentration in µM = µmol/l. To obtain mg/l, divide by 31.25
[2] requires salinity compensation for salinity variations > 1mS/cm, and pressure compensation for pressure > 100meter
[3] within calibrated range 0 - 120%
[4] within calibrated range 0 - 36°C
[5] only for laboratory use

*Specifications subject to change without prior notice.*



*CSP, Cylindrical Sealing Plug*



*Foil Service Kit 4733/4794. PSt$_3$*



Let's Solve Water

Visit our Web site for the latest version of this document and more information
**www.aanderaa.com**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D378   December 2012

Aanderaa Data Instruments AS
Sanddalsringen 5b, Postboks 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT O





# Oxygen Optode 4835

*is a compact fully integrated sensor for measuring the $O_2$-concentration in shallow water.*

## Advantages:

- Optical measurement principle
- Lifetime-based luminescence quenching principle
- Long time stability
- More than one year without recalibration
- Low maintenance needs
- User friendly
- Use with Aanderaa SmartGuard/SeaGuard
- Automatically detected and recognized
- Use as stand-alone sensor
- Output format: CANbus AiCaP, RS232
- Operating range: 0-300 meters

Since oxygen is involved in most of the biological and chemical processes in aquatic environments, it is one of the most important parameters needed to be measured. Oxygen can also be used as a tracer in oceanographic studies.

For environmental reasons it is critical to monitor oxygen in areas where the supply of oxygen is limited compared to demand, e.g.

- In shallow coastal areas with significant algae blooms
- In fjords or other areas with limited exchange of water
- Around fish farms
- Areas of  interest for dumping of mine or dredging waste

The Aanderaa oxygen optodes are based on the ability of selected substances to act as dynamic fluorescence quenchers. The fluorescent indicator is a special platinum porphyrin complex embedded in a gas permeable foil that is exposed to the surrounding water. A black optical isolation coating protects the complex from sunlight and fluorescent particles in the water. This sensing foil is attached to a sapphire window providing optical access for the measuring system from inside a watertight housing.

The lifetime-based luminescence quenching principle offers the following advantages over electro-chemical sensors:

- Not stirring sensitive (it consumes no oxygen)
- Less affected by fouling
- Measures absolute oxygen concentrations without repeated calibrations
- Better long-term stability
- Less affected by pressure
- Pressure behaviour is predictable
- Faster response time

The oxygen optode outputs data in AiCaP CANbus and RS-232. The sensor can present the $O_2$ concentration in µM, the Air Saturation in % and the Temperature in °C.

The SmartGuard and SeaGuard data logger and the smart sensor are interfaced by means of a reliable CANbus interface (AiCaP), using XML for plug and play capabilities.

- Securing plate
- Sensing foil
- Sapphire window
- Blue exitation LED
- Analog board
- Digital board
- 62mm
- Thermistor
- Orientation pin
- O-ring 13.1x16
- Sensor foot
- 24mm
- 10 pin Lemo insert
- Ø 36mm

## PIN CONFIGURATION

Receptacle, exterior view; pin = • bushing = ○

| | | | |
|---|---|---|---|
| CAN_H | 4 | 5 | NCE |
| NCG | 3 | 6 | Do not use |
| NCR | 9 | 10 | CAN_L |
| Gnd | 2 | 7 | RS232 RXD |
| Positive supply | 1 | 8 | RS232 TXD |

### Operating Principle

The sensing foil is excited by modulated blue light; the sensor measures the phase of the returned red light. For improved stability the optode also performs a reference phase reading by use of a red LED that do not produce fluorescence in the foil. The sensor has an incorporated temperature thermistor which enables linearization and temperature compensation of the phase measurements to provide the absolute $O_2$-concentration.

| Cable from sensor to: | Cable |
|---|---|
| PC with waterproof CSP, RS-232 | 4865 |
| Seaguard as sixth sensor on top-end plate | 4999 |
| Seaguard with waterproof top end plate connection | 4793 |
| User furnished data logger, CSP to free end | 4762 |

| | | |
|---|---|---|
| Oxygen: | $O_2$-Concentration | Air Saturation |
| Measurement Range: | 0 – 500 µM[1] | 0 - 150% |
| Resolution: | < 1 µM | 0.4 % |
| Accuracy: | <8 µM or 5%[2] | <5 %[3] |
| | whichever is greater | |
| Response Time (63%): | <25 sec | |

Temperature:
| | |
|---|---|
| Range: | -5 to +40°C (23 - 104°F) |
| Resolution: | 0.01°C (0.018°F) |
| Accuracy: | ±0.1°C (0.18°F) [4] |
| Response Time (63%): | <10 sec |
| Output format: | AiCaP CANbus, RS-232 |
| Output parameters: | $O_2$-Concentration in µM, Air Saturation in %, Temperature in °C, Oxygen raw data and Temperature raw data |

| | |
|---|---|
| Sampling interval: | 2 sec – 255 min |
| Supply voltage: | 5 to 14Vdc |

Current drain:
| | |
|---|---|
| Average: | 0.16 +48mA/S where S is sampling interval in seconds |
| Maximum: | 100mA |
| Quiescent: | 0.16mA |
| Operating depth: | 0 - 300m (0 – 984.3ft) |
| Elec. connection: | 10-pin receptacle mating plug CSP |
| Dimensions (WxDxH): | Ø36 x 86mm (Ø1.4"x 3.4") |
| Weight: | 118g (4.16oz) |
| Materials: | Titanium, Hostaform (POM) |
| Accessories: | Standard Foil Service Kit 4733 PSt |
| (not included): | AiCap extension cable with CSP 4793 |
| | CSP to free end cable 4762 |
| | CSP to PC cable 4865 |
| | Set-up and config Cable 855[5]/ 3855A[5] |

[1] $O_2$ concentration in µM = µmol/l. To obtain mg/l, divide by 31.25
[2] requires salinity compensation for salinity variation > 1mS/cm, and pressure compensation for pressure > 100 meter
[3] within calibrated range 0 - 120%
[4] within calibrated range 0 - 36°C
[5] only for laboratory use

Specifications subject to change without prior notice.



*CSP. Cylindrical Sealing Plug*



*Foil Service Kit 4733/4794. PSt$_3$*



Let's Solve Water

Visit our Web site for the latest version of this document and more information
**www.aanderaa.no**

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   D385   January 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01

# ATTACHMENT P

# Aanderaa GeoView
# web based display

GEOVIEW IS A WEB BASED DISPL AY SOLUTION FOR DYNAMIC ENVIRONMENTAL DATA DISPL AY. IT USES HTML5/ JAVASCRIPT TO DISPL AY REAL-TIME DATA COLLECTED WITH VARIOUS T YPES OF INSTRUMENTATION.

GeoView is part of the Aanderaa Real-Time Solution. This gives the user vast opportunities for interfacing meteorological, oceanographic or other environmental research equipment in a networked solution giving access to data real-time.



Figure 1: Aanderaa GeoView program

GeoView comes with its own built in web page creator. The web page creator is an easy to use tool for creating informative web pages. Once a web page is compiled you are ready to share your live data with other users locally or worldwide. No special software is needed to view the live data. Just use your preinstalled standard web browser.



a **xylem** brand



**GeoView**
Web based
Smart phone/Ipad compatible
Customized display

Figure 2: Compatible with IPhone and Ipad

GeoView uses an underlying SQL database which contains the collected environmental data. The database can either reside on the computer which runs the display program, or it can run on another computer or a server on the local network. As shown in figure 2, the Real-Time collector typically receives data from various instruments either by direct cable connection, by radio modem, GPRS or other. Data is then fed to the SQL database and displayed instantly in the Aanderaa GeoView display program.

Functionality
GeoView has the following functionality:
1.   Web based application showing real-time data in a standard browser
2.   Data is dynamically updated as it is received
3.   HTML5 / JavaScript graphics with line-graphs, bar-charts, wind speed indicator, compass-rose, and data tables which is configured to show data from any environmental data source available in the GeoView database
4.   Display of both real-time and historical data in graphs
5.   Online zoom functionality on timescale to study a subset of the data for a certain parameter
6.   Statistical analysis of data: average, maximum, minimum, sum, standard deviation, and average over selectable intervals
7.   Possible to show data from multiple stations in the same web page
8.   Password protected data export utility for exporting data from database to text files
9.   Web pages can be password protected

Installation
A CD with complete software and documentation are included in the package. Installation manuals will guide you through the installation. In addition to GeoView software the CD contains the free SQL Express database from Microsoft. This limits the number of simultaneous users of GeoView to 4 and the amount of data in the database to 2 GB.

Advanced installation
If numbers of users are more than 4 computers at the same time it is recommended to use Windows Server with SQL full version. In this case the number of simultaneous viewers on one page is not limited. The size of the SQL database is limited only by physical storage space on the computer.



## Support

Aanderaa can offer a 5-hour online support free of charge if the computer/server is online and accessible through internet.

## System Requirements

GeoView has the following system requirements:
Operating system: Windows 7 Professional or Windows Server 2008 Sp.
IIS, Internet Information Server will have to be available.
Also a version of Microsoft SQL Server is needed

PC specifications:
1.      3 GB RAM
2.      Plus space for database
3.      3 GHz processor



Figure 3: Aanderaa Real-Time Solution

Aanderaa Data Instruments AS

Sanddalsringen 5b, PB 103 Midtun

5828 Bergen, Norway

Tel +47 55 60 48 00

Fax +47 55 60 48 01

www.aanderaa.com

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2014  Xylem, Inc. January 2014

# ATTACHMENT Q

## SmartGuard Cables and Connections



Cable from SmartGuard to sensor arm
18-pins Lemo

Adapter between SmartGuard and mast cable

USB

Ethernet

Power in

Modem/sensor power

Split sensor arm cables

AiCaP string

AiCaP sensor cable

Analog sensor connection

Digital sensor connection

COM1/2

Modem/sensor RS-232/422

COM1/2

COM1/2

COM1

Modem/sensor RS-232

Modem/sensor RS-232
with modem/sensor power



Meteorological
Sensors

SmartGuard
Data Logger

Radio
Modem

AC/DC
Adapter

Compensating Unit

Vented Tide Sensor

We deliver standard SmartGuard cables and connectors
and can also deliver special cables for your application.

As the SmartGuard data logger is made to gather data
from all sensors we understand the need for custom
cables and connectors.

On the left, a typical small system using SmartGuard as a
data logger. The system can be expanded using sensors
shown on pages 2 and 3.



Visit our Web site for the latest version
of this document and more information
www.aanderaa.com

Aanderaa is a trademark of Xylem Inc. or one of its subsidiaries.
© 2012  Xylem, Inc.   B189   January 2013

Aanderaa Data Instruments AS
Sanddalsringen 5b, P.O. Box 103 Midtun,
5828 Bergen, Norway
Tel +47 55 60 48 00
Fax +47 55 60 48 01



# SMARTGUARD

## UNIVERSAL DATA LOGGER FOR HYD/MET SENSORS

SMARTGUARD allows you to:

• Tailor a monitoring system with hyd/met sensors in any environment
• Easily check configuration and receive data on the onboard color screen
• Advanced set-up and data processing on laptop using Real Time Collector software
• Receive data and configure your system in real time through serial, LAN or USB connection
• XML, NMEA and GOES formats available

Low power consumption enables your monitoring system to operate for long-term in tough environments
and in remote areas without attention.

B189 - Jan 2013



a **xylem** brand



Aanderaa Atmospheric Sensors SR 10

Gill Ultrasonic Wind and Vaisala Precipitation Sensor

Atmospheric Sensors RS-232

Aanderaa Real-Time Collector display and remote control software via two-way communication

Aanderaa Geoview

Aanderaa Weather Station via radio

AIS message 8

Aanderaa Data Buoy

Talk to SmartGuard in 3 ways - LAN, Serial Port or USB

SmartGuard Extention

Sontek Argonaut-SL500

AMT (pH)

Sea-Bird (CTD)

Chlorophyll (Cyclops, Turner Design)

Aanderaa SEAGUARD® String

Aanderaa SEAGUARD® Current Meter

YSI EXO 1

Aanderaa Smart Sensors

Aanderaa SmartSub Observator

Aanderaa Doppler Profiler RDCP